

1601 Forum Place, Suite 403
West Palm Beach, FL 33401

Jacob William Roth
Phone: 561.227.4959
JRoth@dhillonlaw.com

June 27, 2025

**VIA FEDERAL EXPRESS OVERNIGHT**

Jessica Lyublanovits
Clerk of Court
Northern District of Florida
111 N. Adams Street
Tallahassee, FL 32301-7730

**Re: Filing (1) Motion for Leave to File *Ex Parte* and Under Seal Plaintiff's Complaint and Motion, (2) Complaint, and (3) Motion for Temporary Restraining Order**

Dear Ms. Lyublanovits,

    We represent Plaintiff Rare Breed Triggers, Inc. ("RBT"). We seek to file a complaint initiating litigation in the Northern District of Florida, an accompanying motion for a temporary restraining order *ex parte*, and a motion for leave to file both the complaint (and attendant documents) and temporary restraining order motion *ex parte*.

    We spoke with a clerk of court regarding the procedure for filing an *ex parte* motion and its accompanying documents with the Court for the Court to review before publicly filing. Pursuant to the clerk's instruction, we are filing the following documents with the Court by hard-copy through Federal Express Overnight along with a $405 check for the filing fee:

1. Plaintiff's Emergency Motion for Leave to File Complaint, *Ex Parte* Motion for Temporary Restraining Order, and Supporting Documents Under Seal;
2. Proposed Order Granting Plaintiff's Emergency Motion for Leave to File Complaint, *Ex Parte* Motion for Temporary Restraining Order, and Supporting Documents Under Seal;
3. Complaint;
4. Summonses for the following Defendants:

RCV'D USDC FLND TL
JUL 1 '25 PM 1:07

Page **1** of **2**

    a. Andrew Myers;
    b. Anthony McKnight;
    c. Atrius Development Group Corp.;
    d. Big Daddy Enterprises, Inc.;
    e. Big Daddy Unlimited, Inc.;
    f. Blackstock, Inc.;
    g. C&C Holdings Group, LLC;
    h. Christopher Rios;
    i. Delta 7, LLC;
    j. Douglas Rios;
    k. Lea Andreoli;
    l. Malcolm Brown;
    m. Performance Triggers, Inc.;
    n. Sherrie McKnight;
    o. We Got Ammo, Inc.;
    p. Wide Open Enterprises, LLC;

5. Civil Cover Sheet;
6. Plaintiff's Rule 7.1 Corporate Disclosure Statement;
7. Notice of Similar Case;
8. Plaintiff's *Ex Parte* Motion for Temporary Restraining Order;
9. Plaintiffs' Brief in Support of *Ex Parte* Motion for Temporary Restraining;
10. Proposed Temporary Restraining Order with an Asset Freeze and Order to Show Cause Why a Preliminary Injunction Should Not Issue;
11. Declaration of Lawrence DeMonico in Support of *Ex Parte* Motion for Temporary Restraining Order and attached exhibits;
12. Certification Pursuant to Fed. R. Civ. P. 65(b).

                                              DHILLON LAW GROUP INC.

                                              By: /s/ Jacob William Roth
                                                    Jacob William Roth
                                                    Bar No. 1036551
                                                    Dhillon Law Group, Inc.
                                                    1601 Forum Place, Suite 403
                                                    West Palm Beach, Florida 33401
                                                    561-227-4959
                                                    JRoth@dhillonlaw.com
                                                    *Attorneys for Plaintiffs*

4905-5054-9841, v. 1