UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>BIG DADDY ENTERPRISES, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00181-RH-MAF<br><br><br><br><br><br>Judge Robert L. Hinkle<br>Magistrate Judge Martin A. Fitzpatrick |

**DECLARATION OF LAWRENCE DEMONICO IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF REGARDING THE BASIS FOR JURISDISCTION OVER DEFENDANTS**

I, Lawrence DeMonico, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge from a review of documentary evidence.

2. I am the president of Plaintiff Rare Breed Triggers, Inc. ("Plaintiff"), in the above captioned action. I submit this Declaration in support of Plaintiff's Supplemental Brief Regarding the Basis for Jurisdiction Over Defendants.

3. Upon information and belief, Defendant Wide Open Enterprises, LLC (d/b/a "Wide Open Triggers") is an alter ego of Defendants Anthony McKnight,

1

Douglas Rios, and Big Daddy Unlimited, and for purposes of this action, should be treated as such. This belief stems from Wide Open Triggers' entanglement with the network of entities Defendants Anthony McKnight ("McKnight") and Douglas Rios ("Rios") created to facilitate and conceal their fraud, as detailed in Plaintiff's Complaint. Upon information and belief, Rios is the sole member of Wide Open Triggers. This belief stems from Rios signing the Settlement Agreement in the Related Matters (1:21-cv-00149-RH-HTC and 1:22-cv-00061-RH-HTC) on behalf of Wide Open Triggers.

4. As a New Mexico LLC, Wide Open Triggers is not required, and has not, disclosed any information regarding its managers or members, the address of its principal place of business, or its contact information.

5. Upon information and belief, C&C Holdings Group LLC ("C&C Holdings") is an alter ego of Defendants Rios and McKnight, and for purposes of this action, should be treated as such. Like Wide Open Triggers, C&C Holdings is entangled with the network of entities that Defendants McKnight and Rios created to facilitate and conceal their fraud, as detailed in Plaintiff's Complaint. Despite conducting a diligent search, Plaintiff has been unable to confirm that C&C Holdings is a legitimate LLC, even though it is listed as the "President" of Defendant Performance Triggers Inc. ("Performance Triggers").

6. In a January 2023 Amendment to its Articles of Incorporation filed with the Florida Secretary of State's Office, Performance Triggers listed C&C Holdings' address as 7600 NW 5th Place, Gainesville, FL 32607—the same address as Performance Triggers' principal place of business. The following year, in its April 2024 Annual Report to the Florida Secretary of State's Office, Performance Triggers changed the listed addresses for both itself and C&C Holdings to 4505 Kenny Road, #1102, Kenny, OH 43220—the location of a Staples office supply store—without filing a corresponding amendment to its Articles of Incorporation required by law. Despite this, no entity named "C&C Holdings Group LLC"—or using a similar name or either address listed in the Performance Triggers filings—that is apparently connected to Defendants appears as a registered LLC in either Florida or Ohio.

7. Moreover, after Performance Triggers named C&C Holdings as its President, Performance Triggers' subsequent corporate filings in Florida were not signed by C&C Holdings, but instead, by Defendants Douglas Rios, Christopher Rios, and Anthony McKnight as "officers or directors" of Performance Triggers—despite none of them being officially listed as such at the time.

8. Notwithstanding a diligent investigation, Plaintiff has been unable to ascertain the members or managers of C&C Holdings through other sources.

9. Based on the available information, Plaintiff has found no indication that any members of C&C Holdings are domiciled in Texas.

10. Based on the available information, the "C & C Holdings Group LLC" (with spaces between the letters "C" and the "&" sign) that *is* registered as a Florida LLC does not appear to be related to Defendants or the C&C Holdings listed as the President of Defendant Performance Triggers. In the event this LLC *is* the LLC listed in Performance Triggers' filings with the Florida Secretary of State, both of its members are domiciled in Florida.

11. Upon information and belief, a recent purchase from Defendant Performance Triggers included on its package a Florida return address.

I declare under penalty of perjury that the foregoing is true and correct to the best of my understanding.

Executed on July 21, 2025

_____
Lawrence DeMonico

*President of Plaintiff Rare Breed Triggers, Inc.*

4932-0216-0214, v. 1