UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-00181-RH-MAF

**RARE BREED TRIGGERS, INC.**, a
Texas corporation,

       Plaintiff,

v.

**BIG DADDY ENTERPRISES, INC.**,
et al.,

       Defendants.
_____/

## RESPONSE TO PRELIMINARY INJUNCTION MOTION

Defendants, ATRIUS DEVELOPMENT GROUP CORP, MALCOLM BROWN, and LEA ANDREOLI, by and through undersigned counsel, and pursuant to the Court's Order Extending Deadline to Respond (ECF No. 52) hereby file this Response to Preliminary Injunction Motion, and state:

1. Defendants, ATRIUS DEVELOPMENT GROUP CORP. ("Atrius"), MALCOLM BROWN ("Brown"), and LEA ANDREOLI ("Andreoli") have all moved to compel arbitration (ECF 49). Therefore, temporary injunction should be denied simply because this case is required to be stayed and any decisions regarding preliminary relief are more properly determined in arbitration.

2. Alternativelt Defendants request an extension of time to respond

substantively should the Court decide that arbitration is not appropriate.

**WHEREFORE**, Defendants, ATRIUS DEVELOPMENT GROUP CORP, MALCOLM BROWN, and LEA ANDREOLI, respectfully request that the preliminary injunction motion be denied.

### CERTIFICATE OF WORD COUNT

I certify that this motion contains 89 words.

Respectfully Submitted,

**REINER & REINER, P.A.**
*Counsel for Atrius Development Group Corp., Malcolm Brown, and Lea Andreoli*
9100 South Dadeland Boulevard, Suite 901
Miami, Florida   33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
*dpr@reinerslaw.com;eservice@reinerslaw.com*

By:_____
**DAVID P. REINER, II**; FBN 416400

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on **July 28, 2025**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By:_____
**DAVID P. REINER, II**; FBN 416400

REINER & REINER, P.A.
ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 670-8989