IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RARE BREED TRIGGERS, INC.,

    Plaintiff,

v.                                         CASE NO. 1:25cv181-RH-MAF

BIG DADDY ENTERPRISES, INC. et al.,

    Defendants.

_____/

## ORDER DENYING THE MOTION TO DISQUALIFY

One day after being reminded that Local Rule 7.1(B) requires a good-faith attorney conference before a motion is filed, the defendants have filed an "emergency" motion to disqualify the plaintiff's attorney Glenn Bellamy. The motion candidly acknowledges that before filing the motion, the defendants' attorneys made no attempt at all to confer with the plaintiff's attorneys. The motion says the moving attorneys did "not think conferral necessary given the relief sought." ECF No. 62 at 34.

Local Rule 7.1(D) sets out the exceptions to the conferral requirement. Conferral is "not required for a motion that would determine the outcome of a case or a claim, for a motion for leave to proceed *in forma pauperis*, or for a motion that

properly may be submitted *ex parte*." The rule has no other exceptions and does not leave it to the moving attorneys to decide whether they think conferral necessary on other motions.

The motion to disqualify violates the rule. This order denies the motion for that reason. The defendants may renew the motion after conferring, but the motion will be briefed and considered in the ordinary course and will not be treated as an emergency.

IT IS ORDERED:

The motion to disqualify, ECF No. 62, is denied without prejudice.

SO ORDERED on August 7, 2025.

s/Robert L. Hinkle  
United States District Judge