**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:25-cv-00181-RH-MAF**

**RARE BREED TRIGGERS, INC**., a
Texas corporation,

Plaintiff,

v.

**BIG DADDY ENTERPRISES, INC**.,
et al.,

Defendants.

---

**MOTION FOR LEAVE FOR ATTORNEY**
**ADAM V. FLOYD TO BE ADMITTED PRO HAC VICE**

---

Adam V. Floyd of the law firm of Floyd UP, under Local Rule 11.1(C) moves the Court for an order granting leave to be admitted pro hac vice on behalf of Defendants, Atrius Development Group Corp., Lea Andreoli, and Malcolm Brown, and certifies:

1. I am a member in good standing of the bar of the jurisdiction where I reside, namely, Texas. I have submitted a current certificate of good standing (Exhibit 1).

2. I successfully completed the online Attorney Admission Tutorial. My confirmation number is **FLND17547560643255**.

3. I have review the online CM/ECF Attorney User's Guide.

4. In conjunction with filing this motion, I have paid the pro hac vice fee.

5. I maintain an upgraded PACER account.

6. I have been granted pro hac vice admission in the following cases:

*Rare Breed, et. v. Big Daddy Unlimited, et al*., 1:21cv149
*Rare Breed, et. v. Big Daddy Unlimited, et al.,* 1:22cv61

DATED: August 9, 2025

Respectfully submitted,

/s/ Adam V. Floyd
Adam V. Floyd
Texas Bar No. 00790699
**Floyd IP**
3203 Bluffs Lane
Parker, Texas 75002
Tel. No: (512) 497-7500
Email: AFloyd@FloydIP.com
Attorney for Defendants Atrius Development Group Corp., Lea Andreoli and Malcolm Brown

## CERTIFICATE OF CONFERRAL

I certify that undersigned conferred with Plaintiff's counsel regarding the foregoing via email dated August 8, 2025, and Plaintiff's counsel indicated they oppose the relief sought herein.

## CERTIFICATE OF WORD COUNT

Undersigned counsel for Defendants certifies per L.R.7.1.(F) that this motion and memorandum contains 181 words.

DATED: August 9, 2025

Respectfully submitted,

**REINER & REINER, P.A.**
*Counsel for Atrius Development Group Corp., Malcolm Brown, and Lea Andreoli*
9100 So. Dadeland Boulevard, Suite 901
Miami, Florida 33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com

*/s/ David P. Reiner, II*
By: ______________________________
**DAVID P. REINER II**; FBN 416400

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on* ***August 9, 2025****, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

*/s/ David P. Reiner, II*
By:
______________________________
**DAVID P. REINER II**; FBN 416400