UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-00181-RH-MAF

**RARE BREED TRIGGERS, INC.**, a
Texas corporation,

      Plaintiff,
v.

**BIG DADDY ENTERPRISES, INC.**,
et al.,

      Defendants.
_____/

**NOTICE OF FILING AMENDED CONFERRAL STATEMENT FOR DE 49**

Defendants, by and through undersigned counsel, hereby notifies all parties that they are filing the Amended Conferral Statement for DE 49 as follows:

**LOCAL RULE 7.1(B) CERTIFICATION**

Undersigned counsel certifies that he sent an email to Plaintiffs' counsel on July 29, 2025 and again on August 11, 2025 regarding this Motion to Compel Arbitration and Motion to Stay and asked if Plaintiffs' counsel would agree to any requested relief. On July 29, 2025, and again on August 11, 2025, Plaintiffs' counsel replied that Plaintiffs oppose the Motion.

**REINER & REINER, P.A.**
*Counsel for Atrius Development Group Corp., Malcolm Brown, and Lea Andreoli*
9100 South Dadeland Boulevard, Suite 901
Miami, Florida   33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com;eservice@reinerslaw.com

By:_____
**DAVID P. REINER, II**; FBN 416400

2

REINER & REINER, P.A.
ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 670-8989

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on **August 11, 2025**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By:_____
**DAVID P. REINER, II**; FBN 416400

3

REINER & REINER, P.A.
ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 670-8989