Start: 10:00 a.m.
Stop: 11:46 a.m.

## UNITED STATES DISTRICT COURT
## CIVIL MINUTES - GENERAL

Case No:   1:25cv181                                                   Date: 08-13-2025
Title:     Rare Breed Triggers, Inc. v Big Daddy Enterprises, Inc., et al.

DOCKET ENTRY:
  Motions Hearing -
  ECF No. 49 and ECF No. 55, Motions to Compel Arbitration and Stay the Pending Arbitration
  ECF No. 54, Motion for Protective Order
  ECF No. 57, Motion to Quash Subpoenas
  ECF No. 75, Motion for Leave to File
  ECF No. 78, Motion to Disqualify Counsel
  ECF No. 79, Motion to Appear Pro Hac Vice

Law Clerk: Megan Bradley

PRESENT:    Honorable ROBERT L. HINKLE, District Judge

| TiAnn Stark | Dawn Savino (USDC-Tallahassee) |
|---|---|
| Deputy Clerk | Court Reporter |

| Glenn Bellamy, Josiah Contarino | Michael Smith, Adam Floyd, David Reiner, II |
|---|---|
| Attorney for Plaintiff(s) | Attorney for Defendant(s) |

PROCEEDINGS:

**10:00 a.m.    Court called to order**

10:01 a.m.    Arguments presented by Defendants (Smith) on Motions to Compel Arbitration

10:21 a.m.    Arguments presented by non-signatory Defendants (Floyd) on Motions to Compel Arbitration

10:30 a.m.    Arguments presented by Plaintiff (Contarino) on Motions to Compel Arbitration

11:04 a.m.    Preliminary Injunction addressed

11:06 a.m.    Rebuttal on Motions to Compel Arbitration (Smith)

11:13 a.m.    Rebuttal on Motion to Compel Arbitration (Floyd)

11:17 a.m.    Arguments presented by Defendants (Floyd) on Motion to Quash Subpoenas

| | |
|---|---|
| 11:33 a.m. | Arguments presented by Plaintiff (Contarino) on Motion to Quash Subpoenas |
| 11:41 a.m. | ECF Nos. 75, 78, 79 discussed |
| 11:44 a.m. | ECF No. 79 to be granted |
| 11:44 a.m. | Motions taken under advisement and written order to follow |
| **11:46 a.m.** | **Court adjourned** |