UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO.: 1: 25-cv-00181- RH-MAF

**RARE BREED TRIGGERS, INC.**, a
Texas corporation,

      Plaintiff,

v.

**BIG DADDY ENTERPRISES, INC.**,
ET AL**.**,

      Defendants.

_____/

### NOTICE FILING
### JURISDICTIONAL DOCUMENTS

    Defendant, Atrius Development Group Corp., hereby files this Certificate of Conversion from a Montana corporation to a Texas corporation effective **June 20, 2025**. At the hearing on Wednesday, August 13, 2025, Mr. Floyd raised that Atrius Development Group Corp. had been converted into a Texas Corporation.  He has verified that Atrius was converted on June 20, 2025, prior to the filing of this case, thus, creating a lack of complete diversity.

    In addition, Malcolm Brown and his wife, Lea Andreoli, who are both named as defendants, are residents of California and do not have substantial contacts with Florida. While we understand, we will need to provide further support to prove up these facts, we wanted to alert the Court at the earliest

moment. We are currently researching and considering our options and the impact this will have on this case, if any.

> Respectfully Submitted,
>
> **REINER & REINER, P.A.**
> *Counsel for* Atrius Development Group Corp., Malcolm Brown, and Lea Andreoli
> 9100 South Dadeland Boulevard, Suite 901
> Miami, Florida 33156-7815
> Tel: (305) 670-8282; Fax: (305) 670-8989
> dpr@reinerslaw.com;eservice@reinerslaw.com
>
> By:_____
> **DAVID P. REINER, II**; FBN 416400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **August 15, 2025**, *I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

> By:_____
> **DAVID P. REINER, II**; FBN 416400

2