| Form 647<br>(Revised 12/23) | | This space reserved for office use. |
|---|---|---|
| Return in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512-463-5555<br>FAX: 512-463-5709 | **Certificate of Conversion<br>of a<br>Foreign Entity<br>Converting to a<br>Texas Filing Entity** | FILED<br>In the Office of the<br>Secretary of State of Texas<br>JUN 2 0 2025<br>Corporations Section |
| Filing Fee: See instructions | | |

### Converting Entity Information

The name of the converting entity is: Atrius Development Group Corporation, Inc.

The jurisdiction of formation of the converting entity is: Montana

The converting entity is a: (Select the appropriate entity type from the list shown below.)

- [x] For-Profit Corporation
- [ ] Nonprofit Corporation
- [ ] Professional Corporation
- [ ] Professional Association
- [ ] Other: _____
  *Specify type of entity.*
- [ ] Limited Liability Company
- [ ] Professional Limited Liability Company
- [ ] Limited Partnership
- [ ] Cooperative Association
- [ ] General Partnership

The date of formation of the converting entity is: 1/24/2023

The file number, if any, issued to the converting entity is: _____

### Converted Entity Information

The foreign entity named above is converting to a filing entity formed under the Texas Business Organizations Code. The name of the converted entity is:
Atrius Development Group Corporation, Inc.

*(Name of entity after the conversion must include an organizational identifier for the entity type selected below.)*

The converted entity will be formed under the laws of Texas.

The converted entity is a: (Select the appropriate entity type from the list shown below.)

- [x] For-Profit Corporation
- [ ] Nonprofit Corporation
- [ ] Professional Corporation
- [ ] Professional Association
- [ ] Limited Liability Company
- [ ] Professional Limited Liability Company
- [ ] Limited Partnership
- [ ] Cooperative Association

Form 647                              Page 1 of 3

## Plan of Conversion *or* Alternative Statements

☐ The plan of conversion is attached.

*If the plan of conversion is not attached, the following statements must be completed.*

☑ In lieu of attaching the plan of conversion, the converting entity certifies to the following statements by providing an address in Items 1 and 2.

1. A signed plan of conversion is on file at the principal place of business of the converting entity. The address of the principal place of business of the converting entity is:

| 25471 Alta Loma | Lake Forest | CA | USA | 92630 |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

2. A signed plan of conversion will be on file after the conversion at the principal place of business of the converted entity. The address of the principal place of business of the converted entity is:

| | | | | |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

A copy of the plan of conversion will be furnished on written request without cost by the converting entity before the conversion or by the converted entity after the conversion to any owner or member of the converting entity or converted entity.

## Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

## Certificate of Formation for the Converted Entity

☑ The certificate of formation for the converted Texas filing entity is attached to this certificate of conversion as an attachment or exhibit to either (i) the plan of conversion or (ii) this certificate if the plan has not been attached to the certificate of conversion. The certificate of formation includes a statement that the converted entity is formed under a plan of conversion and the name, address, date of formation, prior form of organization, and jurisdiction of formation of the converting entity.

## Approval of the Plan of Conversion

The plan of conversion has been approved as required by the laws of the jurisdiction of formation and the governing documents of the converting entity.

## Effectiveness of Filing (Select either A, B, or C)

A. [✔] This document becomes effective when the document is accepted and filed by the secretary of state.

B. [ ] This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. [ ] This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Tax Certification

[ ] Attached hereto is a certificate from the Texas Comptroller of Public Accounts that certifies the converting entity is in good standing for purposes of conversion.

OR

[✔] In lieu of providing the tax certificate, the converted entity is liable for the payment of any required franchise taxes.

## Execution

The undersigned signs the document subject to the penalties imposed by law for submission of a materially false or fraudulent instrument. The undersigned certifies that the statements contained herein are true and correct, and that the person signing is authorized under the provisions of the Texas Business Organizations Code, or other law applicable to and governing the converting entity, to execute the filing instrument.

Date: June 18, 2025

By: Atrius Development Group Corporation, Inc.
Name of converting entity (see instructions)

*malcolm Brown* (DocuSigned)
—F0113EF04701470—
Signature and title of authorized person (see instructions)

Malcolm Brown, CEO
Printed or typed name of authorized person

| Form 201<br>(Revised 12/21)<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br><br>Filing Fee: $300 | <br><br>**Certificate of Formation**<br>**For-Profit Corporation** | This space reserved for office use.<br><br>F I L E D<br>In the Office of the<br>Secretary of State of Texas<br><br>JUN 2 0 2025<br><br>Corporations Section |
|---|---|---|

## Article 1 – Entity Name and Type

The filing entity being formed is a for-profit corporation. The name of the entity is:

Atrius Development Group Corporation, Inc.
*The name must contain the word "corporation," "company," "incorporated," "limited" or an abbreviation of one of these terms.*

## Article 2 – Registered Agent and Registered Office
*(See instructions. Select and complete either A or B and complete C.)*

☐ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

___

**OR**

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| Grant | | Shaw | |
|---|---|---|---|
| *First Name* | *M.I.* | *Last Name* | *Suffix* |

C. The business address of the registered agent and the registered office address is:

| 200 Congress Ave Unit 31W | Austin | TX | 78701 |
|---|---|---|---|
| *Street Address* | *City* | *State* | *Zip Code* |

## Article 3 – Directors
*(A minimum of 1 director is required.)*

The number of directors constituting the initial board of directors and the names and addresses of the person or persons who are to serve as directors until the first annual meeting of shareholders or until their successors are elected and qualified are as follows:

**Director 1**

| Malcolm | | Brown | | | |
|---|---|---|---|---|---|
| *First Name* | *M.I.* | *Last Name* | | | *Suffix* |
| 200 Congress Ave Unit 31W | Austin | | TX | 78701 | USA |
| *Street or Mailing Address* | *City* | | *State* | *Zip Code* | *Country* |

Form 201

1

| Director 2 | | | | | |
|---|---|---|---|---|---|
| Grant | | Shaw | | | |
| *First Name* | *M.I.* | *Last Name* | | | *Suffix* |
| 200 Congress Avenue, Unit 31W | Austin | | TX | 78701 | USA |
| *Street or Mailing Address* | *City* | | *State* | *Zip Code* | *Country* |

| Director 3 | | | | | |
|---|---|---|---|---|---|
| Ryan | | Spadafore | | | |
| *First Name* | *M.I.* | *Last Name* | | | *Suffix* |
| 200 Congress Avenue, Unit 31W | Austin | | TX | 78701 | USA |
| *Street or Mailing Address* | *City* | | *State* | *Zip Code* | *Country* |

## Article 4 – Authorized Shares

(Provide the number of shares in the space below, then select option A or option B; do not select both.)

The total number of shares the corporation is authorized to issue is: 10,000,000

[✔] A. The par value of each of the authorized shares is: U.S. $0.00001

OR

[ ] B. The shares shall have no par value.

If the shares are to be divided into classes, you must set forth the designation of each class, the number of shares of each class, the par value (or statement of no par value), and the preferences, limitations, and relative rights of each class in the space provided for supplemental information on this form.

## Article 5 – Purpose

The purpose for which the corporation is formed is for the transaction of any and all lawful business for which a for-profit corporation may be organized under the Texas Business Organizations Code.

## Initial Mailing Address

(Provide the mailing address to which state franchise tax correspondence should be sent.)

| 132 Carol Cove | Spicewood | TX | 78669 | USA |
|---|---|---|---|---|
| *Mailing Address* | *City* | *State* | *Zip Code* | *Country* |

## Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

Atrius Development Group Corporation, Inc. is formed under a plan of conversion. The converting MT for profit corporate entity is named Atrius Development Group Corporation, Inc., formed on January 24, 2023, and has a business address of 25471 Alta Loma, Lake Forest, CA 92630.

## Organizer

The name and address of the organizer:

Malcolm Brown
*Name*

| 200 Congress Avenue, Unit 31W | Austin | TX | 78701 |
|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Zip Code* |

## Effectiveness of Filing (Select either A, B, or C.)

A. [✓] This document becomes effective when the document is filed by the secretary of state.

B. [ ] This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. [ ] This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned also affirms that, to the best knowledge of the undersigned, the name provided as the name of the filing entity does not falsely imply an affiliation with a governmental entity. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date: June 18, 2025

—DocuSigned by:
*malcolm Brown*
—FC113EF04781470...
Signature of organizer

Malcolm Brown, an Individual
Printed or typed name of organizer