# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

| | |
|---|---|
| RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>BIG DADDY ENTERPRISES, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00181-RH-MAF<br><br><br><br>Judge Robert L. Hinkle<br>Magistrate Judge Martin A. Fitzpatrick |

**PLAINTIFF'S NOTICE OF INTENT TO RESPOND TO NOTICE FILING JURISDICTIONAL DOCUMENTS (ECF NO. 92) FILED BY DEFENDANTS ATRIUS DEVELOPMENT GROUP CORP., MALCOLM BROWN, AND LEA ANDREOLI**

Plaintiff Rare Breed Triggers, Inc. ("RBT") files this notice of its intent to respond to Defendants Atrius Development Group Corp. ("Atrius"), Malcolm Brown, and Lea Andreoli's (collectively, "Atrius Defendants") August 15, 2025, Notice Filing of Jurisdictional Documents. (ECF No. 92.)

On August 15, 2025, RBT conferred with counsel for Atrius Defendants to determine whether they intend to file a brief in support of the assertions and evidence submitted with their Notice Filing of Jurisdictional Documents. Defense counsel responded:

> We're still assessing the law on the issue. We are not against continuing in the case, however, it's unclear whether that's an option since the issue is jurisdictional.

> Once we have a better grasp on options, I'll run it by you
> to see if you are amenable.

Accordingly, RBT respectfully notifies the Court of its intent to file a response to Atrius Defendants' Notice Filing of Jurisdictional Documents.

Dated: August 12, 2025

Respectfully submitted,

**DHILLON LAW GROUP, INC.**

By: */s/ Josiah Contarino*
    Josiah Contarino (Admitted PHV)
    Jacob William Roth (Bar No. 1036551)
    Anthony J. Fusaro, Jr. (Admitted PHV)
**DHILLON LAW GROUP, INC.**
1601 Forum Place, Suite 403
West Palm Beach. FL, 33401
415-433-1700
jcontarino@dhillonlaw.com
jroth@dhillonlaw.com
afusaro@dhillonlaw.com

**WOOD HERRON & EVANS LLP**
    Glenn D. Bellamy
    600 Vine Street, Suite 2800
    Cincinnati. Ohio 45202
    gbellamy@whe-law.com

*Attorneys for Plaintiff*
*Rare Breed Triggers, Inc.*

## CERTIFICATE OF SERVICE

I certify that on **August 15, 2025**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         */s/ Anthony J. Fusaro, Jr.*
                                         Anthony J. Fusaro, Jr.