# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**RARE BREED TRIGGERS, et al.**

**Plaintiffs,**

**vs.**  CASE NO. 1:25-CV-00181-RH-MAF

**BIG DADDY ENTERPRISES, et al**.

**Defendants**

---

## DEFENDANTS' EMERGENCY MOTION TO EXPEDITE RULING ON PENDING MOTIONS TO COMPEL ARBITRATION AND TO STAY DISCOVERY OR ALTERENATIVELY TO STAY ADDITIONAL DISCOVERY

---

Big Daddy Enterprises, Inc., ("BDE"), Big Daddy Unlimited, Inc. ("BDU"), BlackStock, Inc., Wide Open Enterprises, LLC ("WOE"), We Got Ammo, Inc. ("WGA"), Performance Triggers, Inc., Atrius Development Group Corp., Sherrie McKnight, Anthony McKnight, Douglas Rios, Christopher Rios, Lea Andreoli, and Malcolm Brown (together, "Defendants") hereby file this Emergency Motion to Expedite Rulings on Pending Motions to Compel Arbitration and to Stay Discovery or in the alternative to Stay Additional Discovery pending disposition of

REINER & REINER, P.A.

ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 670-8989

jurisdictional questions.

## I. Relief Requested

Petitioners respectfully move this Court to expedite its ruling on the pending (1) Motions to Compel Arbitration and Stay Proceedings [ECF #49 filed July 25, 2025 and #55 filed July 31, 2025], (2) Motion for Protective Order [#54 filed July 25, 2025], and Motion to Disqualify Glenn Ballamy [ECF #62 filed August 7, 2025], which were heard on August 13, 2025. Despite their emergency designation, these motions remain undecided while discovery is moving forward. While Defendants understand and appreciate that the Court is currently working diligently to make its rulings, Plaintiff is insistent on pushing discovery forward. Defendants served Requests for Admission, Interrogatories and Requests for Production on most of the Moving Defendants on August 11, 2025. Currently, Plaintiffs are also seeking the Rule 26 conference and disclosures which are due on August 25, 2025. It has refused Defendants' proposal to file an administrative motion to stay the deadline pending the Court's rulings.

## II. Grounds for Relief

### A. Mandatory Duty Under FAA § 3

The Federal Arbitration Act ("FAA"), 9 U.S.C. § 3, provides that the Court "shall" stay litigation upon a party's request for arbitration. Until these motions are

REINER & REINER, P.A.
ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 670-8989

resolved, Defendants are being compelled to litigate and engage in discovery, contrary to the statute. Plaintiffs are deliberately exacerbating discovery costs and burden by issuing discovery requests to most of the moving Defendants, issuing 31 third-party subpoenas and now insisting upon a Rule 26 conference followed by mandatory initial disclosures.

### B. Irreparable Harm from Ongoing Discovery

Discovery is proceeding without a protective order, requiring the unprotected disclosure of confidential materials. This too is being exacerbated by Plaintiffs refusal to treat the information as Outside Counsel Only or to withhold the material from attorney Glenn Bellamy until the Court has time to make rulings on the pertinent motions. Once produced, this harm cannot be undone, undermining the purpose of arbitration.

### C. Judicial Efficiency and Case Management

A ruling on arbitrability will determine whether this case belongs in federal court at all. Defendants are also filing a Motion to Dismiss for Lack of Subject Matter Jurisdiction and Personal Jurisdiction over two of the Defendants which also raise the issue of whether the case belongs in this Court. Prompt resolution will conserve both party and judicial resources.

### D. Preservation of Appellate Rights

REINER & REINER, P.A.
ONE DATRAN CENTER ◆ 9100 SOUTH DADELAND BLVD ◆ SUITE 901 ◆ MIAMI ◆ FLORIDA ◆ 33156 ◆ TEL: 305 670-8282 ◆ FAX: 305 670-8989

Congress granted immediate appellate review of orders denying arbitration (9 U.S.C. § 16(a)). Delay in ruling risks depriving Petitioner of that statutory right.

## III. Requested Relief

For the foregoing reasons, Petitioner respectfully requests that this Court: Expedite ruling on the pending Motion to Compel Arbitration and Motion to Stay Discovery; or in the alternative, enter a temporary stay of all continued discovery pending a ruling on those motions.

Respectfully submitted,

s/ *Michael J. Smith*
Michael J. Smith
Texas Bar No. 24037517
**THE FOWLER LAW FIRM P.C.**
3301 Northland Drive, Suite 101
Austin, Texas 78731
Tel. No.: (512) 441-1411
msmith@thefowlerlawfirm.com

*Attorney for Defendants Big Daddy Enterprises, Inc., Big Daddy Unlimited, Inc., Blackstock, Inc., Wide Open Enterprises, LLC, We Got Ammo, Inc., Performance Triggers Inc., Anthony McKnight, Sherrie McKnight, Douglas Rios, and Christopher Rios*

**REINER & REINER, P.A.**
9100 South Dadeland Boulevard, Suite 901
Miami, Florida 33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com

By:_____
**DAVID P. REINER, II**; FBN 416400

*Counsel for Atrius Development Group Corp., Malcolm rown, and Lea Andreoli*

4

REINER & REINER, P.A.

ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 670-8989

## CERTIFICATE OF CONFERRAL

I certify that Mr. Floyd conferred with counsel for Plaintiff regarding the relief requested in this Motion via emails dated August 19–20, 2025, on which I was copied. Mr. Floyd advised counsel for Plaintiff that moving forward with a Rule 26 conference and disclosures is a waste of parties' time and judicial resources. Plaintiff's counsel refused to provide a reason for not agreeing to the proposed motion, when explicitly asked, but did indicate he opposed it.

## CERTIFICATE OF WORD COUNT

Undersigned counsel for Defendants certifies per L.R.7.1.(F) that this motion and memorandum contains 525 words.

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on **August 20, 2025**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By:_____
**DAVID P. REINER, II**; FBN 416400

5
REINER & REINER, P.A.

ONE DATRAN CENTER ♦ 9100 SOUTH DADELAND BLVD ♦ SUITE 901 ♦ MIAMI ♦ FLORIDA ♦ 33156 ♦ TEL: 305 670-8282 ♦ FAX: 305 670-8989