


0004473885



**STATE OF IDAHO**
*Office of the secretary of state, Lawerence Denney*
**ARTICLES OF INCORPORATION (GENERAL BUSINESS CORPORATION)**
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee: $100.00

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: 0004473885 |
| Date Filed: 11/1/2021 12:57:34 AM |

---

Articles of Incorporation (General Business Corporation)

Select one:  Standard, Expedited or Same Day Service (see descriptions below) — Standard (filing fee $100)

---

**Article 1: Corporation Name**

Type of Corporation — General Business Corporation

Entity name — Atrius Development Group Corporation

---

**Business Type:**

If this corporation is a Benefit Corporation, Insurance Company or Trust, select here:

---

**Article 2: Effective Date**

The corporation shall be effective — when filed with the Secretary of State.

---

**Article 3: Shares**

The number of shares the corporation is authorized to issue: — 10,000

---

**Article 4: The mailing address of the corporation shall be:**

Mailing Address: — 25471 ALTA LOMA
LAKE FOREST, CA 92630-7015

---

**Article 5: Registered Agent Name and Address**

Registered Agent: — UNITED STATES CORPORATION AGENTS INC
Commercial Registered Agent
Physical Address
800 W MAIN ST STE 1460
BOISE, ID 83702
Mailing Address
800 W MAIN ST STE 1460
BOISE, ID 83702

☒ I affirm that the registered agent appointed has consented to serve as registered agent for this entity.

---

**Article 6: Incorporator Name(s) and Address(es)**

| Name | Incorporator Address |
| --- | --- |
| Legalzoom.com, Inc. | 101 N. BRAND BLVD.<br>11TH FLOOR<br>GLENDALE, CA 91203 |

---

**Article 7: Director Names and Addresses**

| Name | Title | Director Address |
| --- | --- | --- |
| Malcolm Brown | Director | 25471 ALTA LOMA<br>LAKE FOREST, CA 92630-7015 |

---

The Articles of Incorporation must be signed by at least one Incorporator.

*Cheyenne Moseley, Asst. Secretary of Legalzoom.com, Inc.*    *10/31/2021*

Sign Here    Date

Ex. 1-A

B0659-2522  11/01/2021  12:58 AM  Received by ID Secretary of State Lawerence Denney



# STATE OF IDAHO

*Phil McGrane | Secretary of State*
**Business Office**
450 North 4th Street
PO Box 83720
Boise, ID 83702

August 19, 2025

**Request Type: Certificate of Existence/Filing**                    Issuance Date:  08/19/2025
Request #:        0006407096                                          Copies Requested:        0
Receipt #:        001195104

**Regarding:        Atrius Development Group Corporation**
Filing Type:        General Business Corporation (D)                  File # :        4473885
Formation/Qualification Date:  11/01/2021
Status:        Inactive-Dissolved (Administrative)                    Formation Locale:  IDAHO
Duration Term:        Perpetual                                       Inactive Date:        02/11/2023

I, Phil McGrane, Secretary of State of the State of Idaho, do hereby certify that effective as of the issuance date noted above

**Atrius Development Group Corporation**



Phil McGrane
**Idaho Secretary of State**

Processed By:   Business Division                                     **Verification #: 035728833**

Phone: 208-334-2301  *  Website:  sosbiz.idaho.gov