15504038



**STATE OF MONTANA**
*SECRETARY OF STATE*
ARTICLES OF INCORPORATION FOR DOMESTIC PROFIT CORPORATION

FILING FEE: $35.00

**For Office Use Only**
STATE OF MONTANA
**-FILED-**
SECRETARY OF STATE
File Number: 15504038
Date Filed: 1/24/2023 1:03:30 PM

B0886-0645 01/24/2023 1:03 PM Received by MT Secretary of State Christi Jacobsen

| | |
|---|---|
| **Filing Fees & Processing Options** | |
| Fees and Processing Options | Standard Processing - $35.00 - Up to 7-10 business days processing |
| **Filing Effective Date** | |
| The corporation will be effective: | when filed with the Secretary of State |
| **Corporate Type** | |
| Corporation Type | General For Profit Corporation |
| **Corporate Name** | |
| Entity name | Atrius Development Group Corp. |
| **Term** | |
| Term Expiration | Perpetual / Ongoing |
| **Business Purpose** | |
| Purpose | To develop IP related to the firearms industry (such as accessories and components; not actual firearms) which can in turn be sold or licensed to client |
| **Business Mailing Address of Principal Office** | |
| ☐ Add Postal Address | |
| **Business Physical Address of Principal Office** | |
| ☒ Add Physical Address | |
| Address | 25471 ALTA LOMA<br>LAKE FOREST, CA 92630-7015 |

**Shares**

| Share Type | Series | Shares Authorized | Shares Issued | Share Par Value |
|---|---|---|---|---|
| Common | | 100,000 | 100,000 | 0.01 |

| | |
|---|---|
| **Registered Agent In Montana** | |
| Registered Agent | UNITED STATES CORPORATION AGENTS INC<br>Commercial Registered Agent<br>Agent Number<br>F058711<br>Email Address<br>Website<br>Physical Address<br>1215 24TH ST W SUITE 125<br>BILLINGS, MT 59102<br>Mailing Address<br>1215 24TH ST W SUITE 125<br>BILLINGS, MT 59102 |

☒ The appointment of the registered agent listed above is an affirmation by the represented entity that the agent has consented to serve as a registered agent.

B0886-0646 01/24/2023 1:03 PM Received by MT Secretary of State Christi Jacobsen

| Incorporators | | |
|---|---|---|
| Name Of Individual Or Business Entity | Business Mailing Address | Email Address |
| Cheyenne Moseley | 101 N. BRAND BLVD., 11TH FLOOR GLENDALE, CA 91203 | onlinefilings@legalzoom.com |

| Directors | | | |
|---|---|---|---|
| Full Name | Business Mailing Address | Position | Email Address |
| Malcolm Brown | 25471 ALTA LOMA LAKE FOREST, CA 92630-7015 | Director | |
| Ryan Spadafore | 25471 ALTA LOMA LAKE FOREST, CA 92630-7015 | Director | |

| Officers | | | |
|---|---|---|---|
| Full Name | Business Mailing Address | Position | Email Address |
| None Entered | | | |

Declarations

☒ I understand that the information I enter into the online system is public information and will appear online and on copy requests exactly as I key it into the system.

☒ I have been authorized by the business entity to file this document online.

☒ I, HEREBY SWEAR AND/OR AFFIRM, under penalty of law, including criminal prosecution, that the facts contained in this document are true. I certify that I am signing this document as the person(s) whose signature is required, or as an agent of the person(s) whose signature is required, who has authorized me to place his/her signature on this document.

Signature

| *Self* | *Cheyenne Moseley* | 01/24/2023 |
|---|---|---|
| Signer's Capacity | Sign Here | Date |

| Position | Incorporator |
|---|---|

Daytime Contact

| Phone Number | (323) 962-8600 |
|---|---|
| Email | onlinefilings@legalzoom.com |