Articles of Conversion
of a
Montana Corporation
Converting
to a
Texas Corporation

**Converting Entity Information**

The name of the Montana corporation is Atrius Development Group Corporation, Inc.

The jurisdiction of formation of the Montana corporation is Montana.

The date of formation is January 24, 2023.

The file number, if any, issued by the Montana Secretary of State to the Montana corporation is D1335221.

**Converted Entity Information**

The Montana C corporation referenced above is converting to a Texas corporation. The name of the corporation is Atrius Development Group Corporation, Inc.

The corporation will be formed under the laws of the state of Texas.

**Plan of Conversion**

The plan of conversion is attached as <u>Exhibit 1</u>.

**Approval of the Plan of Conversion**

The plan of conversion has been approved pursuant to Mont. Code Ann. §§ 35-14-930 through 35-14-935 as required by the laws of the jurisdiction of formation and the governing documents of the converting entity.

**Effectiveness of Filing**

This document becomes effective when the document is accepted and filed by the secretary of state.

**Tax Certificate**

In lieu of providing a Montana Department of Revenue tax certificate, if any, the corporation as the converted entity is liable for the payment of any Montana taxes.

**Execution**

Ex. 1-C

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument. The undersigned certifies that the statements contained herein are true and correct, and that the person signing is authorized under the Montana Business Corporation Act, or other law applicable to and governing the converting entity, to execute the filing instrument.

Date: June 18, 2025

Atrius Development Group Corporation, Inc.
Converting Entity

*malcolm Brown* (DocuSigned)
Signature of Authorized Person

Malcolm Brown, CEO
Printed Name of Authorized Person

**Exhibit 1:**

**Atrius Development Group Corporation, Inc.**
**Plan of Entity Conversion**

This Plan of Entity Conversion ("Plan"), dated as of June 18, 2025, is entered into by Atrius Development Group corporation, Inc., a Montana C corporation ("Converting Entity").

WHEREAS, Converting Entity plans to convert into a Texas C corporation, subject to approval therefor by the board of directors and shareholders of the Converting Entity, and the filing of the Certificate of Conversion of a Montana Corporation Converting to a Texas Corporation and this Plan with the Montana Secretary of State; and

WHEREAS, the Montana Business Corporation Act requires that the plan of conversion be approved in accordance with Mont. Code Ann. §§ 35-14-930 through 35-14-935.

WHEREAS Tex. Business Organizations Code § 10.102 requires the Converting Entity to adopt a Plan satisfying the requirements of Tex. Business Organizations Code § 10.103.

NOW, THEREFORE, the Converting Entity sets forth the terms and conditions for this Plan.

1. **Necessary Documents.** Converting Entity agrees to convert to a Texas C corporation ("Conversion") to be known as Atrius Development Group Corporation, Inc. ("Converted Entity") and to perform such acts and execute such documents as may be necessary and/or convenient to effect the Conversion, including but not limited to, the execution of: (a) the Articles of Conversion of a Montana Corporation Converting to a Texas Corporation, (b) Texas Certificate of Conversion, (c) Texas Certificate of Incorporation for the Converted Entity and (d) by-laws ("Initial By-Laws") of the Converted Entity substantially in the forms submitted to the Converting Entity board of directors and shareholders respectively. The Converted Entity's Texas Certificate of Formation and Certificate of Conversion are attached as Exhibit A to this Plan.

2. **Conversion.** The plan of conversion has been approved in accordance with Mont. Code Ann. §§ 35-14-930 through 35-14-935. Upon the filing of the Articles of Conversion of a Montana Corporation Converting to a Texas Corporation and Texas Certificate of Conversion and Certificate of Incorporation for the Converted Entity, the Converting Entity shall be converted into the Converted Entity pursuant to Mont. Code Ann. §§ 35-14-933 through 35-14-935 and Tex. Business Organizations Code §§ 10.102 and 10.103 and, in connection therewith, each one (1) share of the issued and outstanding U.S. $.01 par value common stock of the Converting Entity shall be converted into 90 shares of par value $0.00001 per share common stock of the Converted Entity.

3. **Amendment.**  This Plan of Entity Conversion may be amended prior to filing the Articles of Conversion of a Montana Corporation Converting to a Texas Corporation and Certificate of Incorporation for the Converted Entity, except that subsequent to approval of this Plan by the shareholders of the Converted Entity, this Plan of Entity Conversion may not be amended to change:

   a. The amount or kind of shares or other securities, interests, obligations, rights to acquire shares, other securities or interests, cash or other property to be received by the shareholders or interested holders under this Plan of Entity Conversion;

   b. The Converted Entity's Texas Certificate of Incorporation that will be in effect immediately following the conversion, except for changes permitted by the Texas Business Organizations Code; or

   c. Any of the other terms or conditions of this Plan if the change would adversely affect any of the shareholders of the Converted Entity or the interest holders in any material respect without their prior written consent.

4. **Same Entity; Assumption of Assets and Liabilities.**  Upon the completion of the conversion process, the Converted Entity shall be deemed to be the same entity as the Converting Entity.  All of the rights, privileges and powers of the Converting Entity, and all property, real, personal and mixed, and all debts due to the Converting Entity, as well as all other things and causes of action belonging to the Converting Entity, shall remain vested in the Converted Entity to which the Converting Entity has converted and shall be the property of the Converted Entity and the title to any real property vested by deed or otherwise in the Converting Entity shall not revert or be in any way impaired by this Plan; but all rights of creditors and all liens upon any property of such other entity shall be preserved unimpaired, and all debts, liabilities and duties of the Converting Entity that has converted shall remain attached to the Converted Entity to which the Converting Entity has converted, and may be enforced against it to the same extent as if said debts, liabilities and duties had originally been incurred or contracted by the Converted Entity.

5. **Taxpayer Identification Number.**  The Converting Entity shall not be terminated for tax purposes by reason of this Plan and the existing employer identification number will be transferred to the Converted Entity.

6. **Business of the Converted Entity.** The business of the Converted Entity shall continue to be carried on after the conversion is complete in accordance with the Texas Business Organizations Code and the Converted Entity's Certificate of Formation and Initial By-laws.

7. **Miscellaneous Provision.** This Plan may be executed in counterparts and copies of signatures, each of which when so executed shall be deemed to be an original, and all such counterparts shall together constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned has executed this Plan as of the date set forth above.

**Atrius Development Group Corporation, Inc., a Montana Corporation**

By: *malcolm Brown* (DocuSigned by: FC113EF0470147C...)   Date: June 18, 2025
Malcolm Brown, CEO

Page **3** of **3**

**Exhibit A**

| Form 201<br>(Revised 12/21)<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br><br>Filing Fee: $300 | <br><br>**Certificate of Formation<br>For-Profit Corporation** | This space reserved for office use. |
|---|---|---|

### Article 1 – Entity Name and Type

The filing entity being formed is a for-profit corporation. The name of the entity is:

Atrius Development Group Corporation, Inc.

The name must contain the word "corporation," "company," "incorporated," "limited" or an abbreviation of one of these terms.

### Article 2 – Registered Agent and Registered Office
(See instructions. Select and complete either A or B and complete C.)

☐ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| Grant | | Shaw | |
|---|---|---|---|
| *First Name* | *M.I.* | *Last Name* | *Suffix* |

C. The business address of the registered agent and the registered office address is:

| 200 Congress Ave Unit 31W | Austin | TX | 78701 |
|---|---|---|---|
| *Street Address* | *City* | *State* | *Zip Code* |

### Article 3 – Directors
(A minimum of 1 director is required.)

The number of directors constituting the initial board of directors and the names and addresses of the person or persons who are to serve as directors until the first annual meeting of shareholders or until their successors are elected and qualified are as follows:

| Director 1 | | | | | |
|---|---|---|---|---|---|
| Malcolm | | Brown | | | |
| *First Name* | *M.I.* | *Last Name* | | | *Suffix* |
| 200 Congress Ave Unit 31W | Austin | | TX | 78701 | USA |
| *Street or Mailing Address* | *City* | | *State* | *Zip Code* | *Country* |

| Director 2 | | | | | |
|---|---|---|---|---|---|
| Grant | | Shaw | | | |
| First Name | M.I. | Last Name | | | Suffix |
| 200 Congress Avenue, Unit 31W | Austin | | TX | 78701 | USA |
| Street or Mailing Address | City | | State | Zip Code | Country |

| Director 3 | | | | | |
|---|---|---|---|---|---|
| Ryan | | Spadafore | | | |
| First Name | M.I. | Last Name | | | Suffix |
| 200 Congress Avenue, Unit 31W | Austin | | TX | 78701 | USA |
| Street or Mailing Address | City | | State | Zip Code | Country |

### Article 4 – Authorized Shares

(Provide the number of shares in the space below, then select option A or option B, do not select both.)

The total number of shares the corporation is authorized to issue is:   10,000,000

☑ A. The par value of each of the authorized shares is:   U.S. $0.00001

**OR**

☐ B. The shares shall have no par value.

If the shares are to be divided into classes, you must set forth the designation of each class, the number of shares of each class, the par value (or statement of no par value), and the preferences, limitations, and relative rights of each class in the space provided for supplemental information on this form.

### Article 5 – Purpose

The purpose for which the corporation is formed is for the transaction of any and all lawful business for which a for-profit corporation may be organized under the Texas Business Organizations Code.

### Initial Mailing Address

(Provide the mailing address to which state franchise tax correspondence should be sent.)

| 132 Carol Cove | Spicewood | TX | 78669 | USA |
|---|---|---|---|---|
| Mailing Address | City | State | Zip Code | Country |

### Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

Atrius Development Group Corporation, Inc. is formed under a plan of conversion. The converting MT for profit corporate entity is named Atrius Development Group Corporation, Inc., formed on January 24, 2023, and has a business address of 25471 Alta Loma, Lake Forest, CA 92630.

Form 201                                                          2

## Organizer

The name and address of the organizer:

| Malcolm Brown | | | |
|---|---|---|---|
| *Name* | | | |
| 200 Congress Avenue, Unit 31W | Austin | TX | 78701 |
| *Street or Mailing Address* | *City* | *State* | *Zip Code* |

## Effectiveness of Filing (Select either A, B, or C.)

A. [✔] This document becomes effective when the document is filed by the secretary of state.

B. [ ] This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. [ ] This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned also affirms that, to the best knowledge of the undersigned, the name provided as the name of the filing entity does not falsely imply an affiliation with a governmental entity. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date: June 18, 2025

DocuSigned by:
*malcolm Brown*
FC113EF0476147C...
Signature of organizer

Malcolm Brown, an Individual
Printed or typed name of organizer

| Form 647<br>(Revised 12/23)<br><br>Return in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512-463-5555<br>FAX: 512-463-5709<br><br>**Filing Fee: See instructions** | <br><br>**Certificate of Conversion<br>of a<br>Foreign Entity<br>Converting to a<br>Texas Filing Entity** | This space reserved for office use. |

## Converting Entity Information

The name of the converting entity is: Atrius Development Group Corporation, Inc.

The jurisdiction of formation of the converting entity is: Montana

The converting entity is a: (Select the appropriate entity type from the list shown below.)

- [✔] For-Profit Corporation
- [ ] Nonprofit Corporation
- [ ] Professional Corporation
- [ ] Professional Association
- [ ] Other: _____
  *Specify type of entity.*
- [ ] Limited Liability Company
- [ ] Professional Limited Liability Company
- [ ] Limited Partnership
- [ ] Cooperative Association
- [ ] General Partnership

The date of formation of the converting entity is: 1/24/2023

The file number, if any, issued to the converting entity is: _____

## Converted Entity Information

The foreign entity named above is converting to a filing entity formed under the Texas Business Organizations Code. The name of the converted entity is:
Atrius Development Group Corporation, Inc.

*(Name of entity after the conversion must include an organizational identifier for the entity type selected below.)*

The converted entity will be formed under the laws of Texas.

The converted entity is a: (Select the appropriate entity type from the list shown below.)

- [✔] For-Profit Corporation
- [ ] Nonprofit Corporation
- [ ] Professional Corporation
- [ ] Professional Association
- [ ] Limited Liability Company
- [ ] Professional Limited Liability Company
- [ ] Limited Partnership
- [ ] Cooperative Association

Form 647    Page 1 of 3

| Plan of Conversion *or* Alternative Statements |
|---|

☐ The plan of conversion is attached.

*If the plan of conversion is not attached, the following statements must be completed.*

☑ In lieu of attaching the plan of conversion, the converting entity certifies to the following statements by providing an address in Items 1 and 2.

1. A signed plan of conversion is on file at the principal place of business of the converting entity. The address of the principal place of business of the converting entity is:

| 25471 Alta Loma | Lake Forest | CA | USA | 92630 |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

2. A signed plan of conversion will be on file after the conversion at the principal place of business of the converted entity. The address of the principal place of business of the converted entity is:

| | | | | |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

A copy of the plan of conversion will be furnished on written request without cost by the converting entity before the conversion or by the converted entity after the conversion to any owner or member of the converting entity or converted entity.

| Supplemental Provisions/Information |
|---|

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

| Certificate of Formation for the Converted Entity |
|---|

☑ The certificate of formation for the converted Texas filing entity is attached to this certificate of conversion as an attachment or exhibit to either (i) the plan of conversion or (ii) this certificate if the plan has not been attached to the certificate of conversion. The certificate of formation includes a statement that the converted entity is formed under a plan of conversion and the name, address, date of formation, prior form of organization, and jurisdiction of formation of the converting entity.

| Approval of the Plan of Conversion |
|---|

The plan of conversion has been approved as required by the laws of the jurisdiction of formation and the governing documents of the converting entity.

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is accepted and filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Tax Certification

☐ Attached hereto is a certificate from the Texas Comptroller of Public Accounts that certifies the converting entity is in good standing for purposes of conversion.

OR

☑ In lieu of providing the tax certificate, the converted entity is liable for the payment of any required franchise taxes.

## Execution

The undersigned signs the document subject to the penalties imposed by law for submission of a materially false or fraudulent instrument. The undersigned certifies that the statements contained herein are true and correct, and that the person signing is authorized under the provisions of the Texas Business Organizations Code, or other law applicable to and governing the converting entity, to execute the filing instrument.

Date: June 18, 2025

By: Atrius Development Group Corporation, Inc.
Name of converting entity (see instructions)

*malcolm Brown* (DocuSigned by: FC113EF0470147C...)
Signature and title of authorized person (see instructions)

Malcolm Brown, CEO
Printed or typed name of authorized person