

# MONTANA SECRETARY OF STATE

October 31, 2023

Cheyenne Moseley
onlinefilings@legalzoom.com

## CERTIFICATION LETTER

I, CHRISTI JACOBSEN, Secretary of State for the State of Montana, do hereby certify that

### Atrius Triggers

filed its Registration of Assumed Business Name with this office and has fulfilled the applicable requirements set forth in law. By virtue of the authority vested in this office, I hereby issue this certificate evidencing the filing is effective on the date shown below.

**Certified File Number:** A1397779 - 15879479
**Effective Date:** October 31, 2023
**Expiration Date:** October 31, 2028

Thank you for being a valued member of the Montana business community. I wish you continued success in your endeavors.

Christi Jacobsen
Montana Secretary of State

Montana State Capitol . PO Box 202801 . Helena, Montana 59620-2801
tel: 406-444-3665 . fax: 406-444-3976 . TTY: 406-444-9068 . sosmt.gov

Ex. 1D



MONTANA SECRETARY OF STATE

# CANCELLATION NOTICE

December 1, 2024

Atrius Development Group Corp.
25471 ALTA LOMA
LAKE FOREST, CA 92630-7015

Involuntary cancellation proceedings have been completed for:

## Atrius Triggers

The applicant for the above-named Assumed Business Name was involuntarily dissolved or revoked in accordance with MCA §§ 35-6-104, 35-8-209, 35-1-1039, 35-2-833 and 35-8-1012. This proceedings resulted in the Assumed Business Name being cancelled by operation of law.

If you have questions concerning this action, please contact our office at 406-444-3665.