3816293

FILED
SECRETARY OF STATE
STATE OF CALIFORNIA

ICC  AUG 13 2015

| ARTS-GS | Articles of Incorporation of a General Stock Corporation |

To form a general stock corporation in California, you can fill out this form or prepare your own document, and submit for filing along with:

– A $100 filing fee.

– A separate, non-refundable $15 service fee also must be included, if you drop off the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form, you should consult with a private attorney for advice about your specific business needs.*

This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm.

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is **ATRIUS ENERGY, INC**

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. **MATTHEW PIRRO**
   *Agent's Name*

   b. **323 1/2 11TH STREET, HUNTINGTON BEACH**    CA    **92648**
   *Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*   *City (no abbreviations)*   *State*   *Zip*

**Corporate Addresses**

④ a. **323 1/2 11TH STREET, HUNTINGTON BEACH, CA 92648**
   *Initial Street Address of Corporation - Do not list a P.O. Box*   *City (no abbreviations)*   *State*   *Zip*

   b. _____
   *Initial Mailing Address of Corporation, if different from 4a*   *City (no abbreviations)*   *State*   *Zip*

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.
The total number of shares which this corporation is authorized to issue is **100000**

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ /s/ _____   **MATTHEW PIRRO**
   *Incorporator - Sign here*   *Print your name here*

Make check/money order payable to: Secretary of State
Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee.

By Mail
Secretary of State
Business Entities, P.O. Box 944260
Sacramento, CA 94244-2600

Drop-Off
Secretary of State
1500 11th Street, 3rd Floor
Sacramento, CA 95814

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (REV 03/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

Ex. 1-E

BA20241061730



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20241061730 |
| Date Filed: 6/2/2024 |

B2784-6419 06/02/2024 12:27 PM Received by California Secretary of State

| Entity Details | |
|---|---|
| Corporation Name | ATRIUS ENERGY, INC. |
| Entity No. | 3816293 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 25471 ALTA LOMA<br>LAKE FOREST, CA 92630 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 25471 ALTA LOMA<br>LAKE FOREST, CA 92630 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 25471 ALTA LOMA<br>LAKE FOREST, CA 92630 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Ryan Spadafore | 5 LAURENT A<br>ALISO VIEJO, CA 92656 | Secretary |
| Matthew Pirro | 1418 ARROW LN<br>HUNTINGTON BEACH, CA 92648 | Chief Financial Officer |
| MALCOLM BROWN | 25471 ALTA LOMA<br>LAKE FOREST, CA 92630 | Chief Executive Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| Ryan Spadafore | 5 LAURENT<br>ALISO VIEJO, CA 92646 |
| Matthew Pirro | 1418 ARROW LN<br>HUNTINGTON BEACH, CA 92648 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| Agent Name | MALCOLM BROWN |
| Agent Address | 25471 ALTA LOMA<br>LAKE FOREST, CA 92630 |

| Type of Business | |
|---|---|
| Type of Business | ENERGY |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |
| Labor Judgment | |
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. | |
| Electronic Signature | |
| ☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign. | |
| *Matthew Pirro* <br> Signature | *06/02/2024* <br> Date |

B2784-6420 06/02/2024 12:27 PM Received by California Secretary of State