**Secretary of State**
**Articles of Incorporation of a General Stock Corporation**

ARTS-GS

4588986

**IMPORTANT — Read Instructions before completing this form.**

Filing Fee – $100.00

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov*.

**FILED**
Secretary of State
State of California
**APR 29 2020**

This Space For Office Use Only

**1. Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

The name of the corporation is  Atrius Development Group Inc.

**2. Business Addresses** (Enter the **complete** business addresses.)

| a. Initial Street Address of Corporation - **Do not list a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4 McClennan | Irvine | CA | 92620 |
| b. Initial Mailing Address of Corporation, **if different than item 2a** | City (no abbreviations) | State | Zip Code |
| | | | |

**3. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 3a and 3b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| | | | | |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | | State CA | Zip Code |

**CORPORATION** – Complete Item 3c. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b

Legalzoom.com, Inc.

**4. Shares** (Enter the **number of shares** the corporation is authorized to issue. **Do not** leave blank or enter zero (0).)

This corporation is authorized to issue only one class of shares of stock.
The total number of shares which this corporation is authorized to issue is _____ 100,000 _____.

**5. Purpose Statement** (Do not alter the Purpose Statement.)

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**6. Read and Sign Below** (This form must be signed by each incorporator. **See instructions for signature requirements.**)

| Signature | Legalzoom.com, Inc. by Cheyenne Moseley, Asst. Secretary |
|---|---|
| | Type or Print Name |

ARTS-GS (REV06/2019)

Ex. 1-F

2019 California Secretary of State
bizfile.sos.ca.gov

4588986

Attachment to the
Articles of Incorporation
of

Atrius Development Group Inc.

7.  The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

8.  This corporation is authorized to provide indemnification of agents (as defined in Section 317 of the California Corporations Code) through bylaw provisions, agreements with agents, vote of shareholders or disinterested directors or otherwise, in excess of the indemnification otherwise permitted by Section 317 of the California Corporations Code, subject only to the applicable limits set forth in Section 204 of the California Corporations Code with respect to actions for breach of duty to the corporation and its shareholders.

9.  Any repeal or modification of the foregoing provisions of Sections 7 and 8 by the shareholders of this corporation shall not adversely affect any right or protection of an agent of this corporation existing at the time of such repeal or modification.

# Secretary of State
# Certificate of Dissolution
(California Stock Corporation ONLY)

**DISS STK**

**IMPORTANT** — Read Instructions before completing this form.

There is **No Fee** for filing a Certificate of Dissolution - Stock

**Copy Fees** – First page $1.00; each attachment page $0.50;

Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

**1. Corporate Name** (Enter the exact name of the Corporation as it is recorded with the California Secretary of State.)

ATRIUS DEVELOPMENT GROUP INC.

**2. 7-Digit Secretary of State Entity Number**

4588986

### 3. Election

[✓] The dissolution was made by a vote of **ALL** of the shareholders of the California corporation.

Note: If the above box is not checked, a **Certificate of Election to Wind Up and Dissolve** (Form ELEC STK) must be filed prior to or together with this Certificate of Dissolution. (California Corporations Code section 1901.)

**4. Debts and Liabilities** (Check the applicable statement. Only **one box** may be checked. If second box is checked, must include the required information in an attachment.)

[ ] The known debts and liabilities have been actually paid or paid as far as its assets permitted.

[ ] The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the **attachment** to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

[✓] The corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – **ALL** must be true to file Form DISS STK.)

a. The Corporation has been completely wound up and is dissolved.
b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
c. The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below** (See Instructions for signature requirements.)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

| 11/4/2021 | _/s/ Malcolm Brown_ | MALCOLM BROWN |
|---|---|---|
| Date | Signature | Type or Print Name |
| Date | Signature | Type or Print Name |
| Date | Signature | Type or Print Name |