IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RARE BREED TRIGGERS, et al.**
**Plaintiffs.**

   **-vs-**　　　　　　　　　　　　　　　CASE NO. 1:25cv181-RH-MAF

**BIG DADDY ENTERPRISES, et al.**
**Defendants.**

---

### DECLARATION OF LEA BROWN ISO
### DEFENDANTS' RULE 12 MOTION TO DISMISS

---

I, Lea Brown, declare as follows:

1. I am competent to make this declaration. The statements contained herein are based upon first-hand knowledge, unless otherwise stated and all statements are true and correct to the best of my knowledge.

2. My maiden name is Lea Andreoli, and I am the wife of Malcolm Brown.

3. I am a resident of Lake Forest, California, where I have lived since 2021. I am not, and have never been, a resident of Florida.

1

4. I do not own, lease, or control any property, real or personal, in Florida.

5. I do not maintain a mailing address, telephone listing, office, or bank account in Florida.

6. I do not have employees, agents, or representatives who reside or work in Florida.

7. I do not advertise or market specifically to Florida, and I do not conduct targeted business activities directed at Florida residents.

8. I have not entered into contracts in Florida, nor have I traveled to Florida for purposes related to the subject matter of this lawsuit.

9. I have never set foot in the state of Florida, although I hope to someday.

10. I have not purposefully availed myself of the privilege of conducting activities in Florida, nor have I invoked the benefits or protections of Florida law.

11. I do not have sufficient, continuous, or systematic contacts with Florida that would subject me to general jurisdiction.  Likewise, I have not engaged in any conduct in Florida, giving rise to the claims in this case that would establish specific jurisdiction.

12. Accordingly, I lack the minimum contacts with Florida required for this Court to exercise personal jurisdiction over me consistent with due process under the United States Constitution.

13. I worked as a registered nurse and now as a stay-at-home mom. I have never been involved with my husband's business or business activities, nor do I have any knowledge thereof, other than a general understanding of what he does.

14. I have never met or spoken to Doug Rios or Tony McKnight, nor do I have any relationship with either of them.

15. My husband used my bank account to accept two payments related to his business. My husband had not set up a business account at that time and his personal bank account with USAA wasn't convenient as it had no nearby branch. I have no knowledge of nor participation associated with either deposit, beyond knowing the deposits were made and later withdrawn.

16. I've had my bank account since before I was married, and I never bothered to update the information to my married name which is also why this is not a joint account. This was in no way done to conceal anything or mislead anyone.

17. I have no specific knowledge of Rare Breed's litigations.  I have no knowledge of any injunction against anyone pertaining to triggers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 26, 2025

Signed by:
*Lea Brown*
6E6DAE207D564F5...

Lea Brown

4