# EXHIBIT 1

## Josiah Contarino (Dhillon Law)

| | |
|---|---|
| **From:** | Adam Floyd <AFloyd@floydip.com> |
| **Sent:** | Wednesday, August 20, 2025 3:37 PM |
| **To:** | Josiah Contarino (Dhillon Law) |
| **Cc:** | Michael Smith; DPR; Glenn Bellamy; Anthony Fusaro (Dhillon Law); Jacob Roth (Dhillon Law) |
| **Subject:** | Re: [EXTERNAL] Re: Activity in Case 1:25-cv-00181-RH-MAF RARE BREED TRIGGERS INC v. BIG DADDY ENTERPRISES INC et al. Notice (Other) |

## External Email

Awesome.

On Wed, Aug 20, 2025 at 2:22 PM Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com> wrote:

> Do as you wish. I'll be sure to attach this entire email chain to Plaintiff's opposition so the court has the full context.

---

**From:** Adam Floyd <AFloyd@floydip.com>
**Sent:** Wednesday, August 20, 2025 3:20 PM
**To:** Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com>
**Cc:** Michael Smith <MSmith@thefowlerlawfirm.com>; DPR <dpr@reinerslaw.com>; Glenn Bellamy <gbellamy@whe-law.com>; Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>; Jacob Roth (Dhillon Law) <JRoth@dhillonlaw.com>
**Subject:** Re: [EXTERNAL] Re: Activity in Case 1:25-cv-00181-RH-MAF RARE BREED TRIGGERS INC v. BIG DADDY ENTERPRISES INC et al. Notice (Other)

## External Email

Josiah,

No, we believe the Court should stay the case in favor of arbitration.  What I meant by we were considering subjecting Atrius to the Court's jurisdiction was letting this Court decide the issue, as opposed to some other court.  I don't know what you mean by "looks like you want to get out in front of potential arguments against your forthcoming jurisdiction motion."

Well, I'm not sure I read the LR requiring no conference as applicable to a Rule 12 motion.  A Rule12 motion doesn't determine the "outcome of the case."

Your current arguments opposing our motion to stay in favor of arbitration don't apply to a Rule 12 motion. I'll just let the Court know you refuse to provide me an explanation.


Best,

Adam


On Wed, Aug 20, 2025 at 1:18 PM Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com> wrote:

Adam,


As mentioned yesterday, Defendants have already filed multiple motions to stay, and Plaintiff has opposed those motions. While we are not limiting any potential opposition to another motion to stay filed by Defendants, we oppose on the bases we included in those oppositions.


As for your anticipated Rule 12 motion, Plaintiff disagrees with your legal position. For example, your position that the court does not "have the power to 'fix' that [subject matter] issue by severing parties or taking any other action" appears patently incorrect. But let me ask you this. When you say that "[w]e were considering subjecting Atrius to the Court's jurisdiction," are you representing that Atrius and the other Defendants will be withdrawing the motions to compel arbitration that seek to divest the court of jurisdiction? Because, if not, then it would seem less like you are trying to find a way to have the court maintain jurisdiction and more like you want to get out in front of potential arguments against your forthcoming jurisdiction motion. Finally, considering that you intend to have the entire lawsuit dismissed with your Rule 12 motion, the local rule's conference requirement would not apply to it because you intend to file a motion that would determine the outcome of a case or claim.


Josiah

---

**From:** Adam Floyd <AFloyd@floydip.com>
**Sent:** Wednesday, August 20, 2025 12:33 PM
**To:** Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com>
**Cc:** Michael Smith <MSmith@thefowlerlawfirm.com>; DPR <dpr@reinerslaw.com>; Glenn Bellamy <gbellamy@whe-law.com>; Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>; Jacob Roth (Dhillon Law) <JRoth@dhillonlaw.com>
**Subject:** Re: [EXTERNAL] Re: Activity in Case 1:25-cv-00181-RH-MAF RARE BREED TRIGGERS INC v. BIG DADDY ENTERPRISES INC et al. Notice (Other)

**External Email**

Josiah,

What is the basis for your refusal on our motions?

On Wed, Aug 20, 2025 at 11:13 AM Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com>
wrote:

> Adam, we oppose the relief you identified for the motions you plan to file today (administrative stay and Rule
> 12).
>
> Michael, we will be filing an emergency motion for leave to file evidence that contradicts the declarations you
> filed shortly before last week's court hearing. Please let us know if you oppose that relief. Thanks.
>
> **Josiah Contarino**
>
> Dhillon Law Group Inc.
>
> 50 Park Place, Suite 1105
>
> Newark, NJ  07102
>
> 917-423-7221
>
> jcontarino@dhillonlaw.com
>
> www.dhillonlaw.com
>
> *Admitted in New York and New Jersey*



This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.

---

**From:** Adam Floyd <AFloyd@floydip.com>
**Sent:** Tuesday, August 19, 2025 4:35 PM
**To:** Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com>
**Cc:** Michael Smith <MSmith@thefowlerlawfirm.com>; DPR <dpr@reinerslaw.com>; Glenn Bellamy <gbellamy@whe-law.com>; Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>; Jacob Roth (Dhillon Law) <JRoth@dhillonlaw.com>
**Subject:** Re: [EXTERNAL] Re: Activity in Case 1:25-cv-00181-RH-MAF RARE BREED TRIGGERS INC v. BIG DADDY ENTERPRISES INC et al. Notice (Other)

**External Email**

As to the Rule 12 Motion to dismiss, let me if you are going to oppose.  However, if you come up with a creative solution I'm all ears.

We intend to file tomorrow, as we don't want to cause the Court to waste time making rulings when he has no jurisdiction.

On Tue, Aug 19, 2025 at 1:30 PM Adam Floyd <AFloyd@floydip.com> wrote:

Josiah, we will then file a motion seeking an administrative stay pending his rulings on motion to transfer and various motions pertaining to staying discovery and proceedings.  I assume you will oppose?

Also, we've thoroughly researched it and the Court lack jurisdiction due to a lack of complete diversity.  Atrius started in Idaho and was then reestablished in Montana.  It was converted to Texas prior to the filing of this suit.  We were considering subjecting Atrius to the Court's jurisdiction, but this is not possible according to our legal research.  As the Court did not have jurisdiction at the time of filing, it does not have the power to "fix" that issue by severing parties or taking any other action.  Malcolm Brown and his wife are California residents with no minimum contacts to Florida.  That issue can be waived, but the first cannot.

Let me know if you have thoughts on how to get around this issue.

On Tue, Aug 19, 2025 at 1:12 PM Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com> wrote:

Adam and Michael:

Given that Defendants filed multiple motions seeking a stay, it does not surprise me that Defendants still desire that relief. Plaintiff opposed those motions, so it should not surprise you that Plaintiff's position has remained unchanged, as well. Please let me know if you have availability to conduct the Rule 26(f) conference. The deadline to file the Rule 26(f) report is Monday, 8/25/25. Thanks.

**Josiah Contarino**

Dhillon Law Group Inc.

50 Park Place, Suite 1105

Newark, NJ  07102

917-423-7221

jcontarino@dhillonlaw.com

www.dhillonlaw.com

*Admitted in New York and New Jersey*



This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Michael Smith <MSmith@thefowlerlawfirm.com>
**Sent:** Tuesday, August 19, 2025 1:41 PM
**To:** Adam Floyd <AFloyd@floydip.com>; Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com>
**Cc:** DPR <dpr@reinerslaw.com>; Glenn Bellamy <gbellamy@whe-law.com>; Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>; Jacob Roth (Dhillon Law) <JRoth@dhillonlaw.com>
**Subject:** RE: [EXTERNAL] Re: Activity in Case 1:25-cv-00181-RH-MAF RARE BREED TRIGGERS INC v. BIG DADDY ENTERPRISES INC et al. Notice (Other)

**External Email**

Josiah – I concur with Adam.

MICHAEL J. SMITH

**Chief of Civil Litigation and IP**

THE FOWLER LAW FIRM

Direct: 512-476-8102

**From:** Adam Floyd <AFloyd@floydip.com>
**Sent:** Tuesday, August 19, 2025 12:35 PM
**To:** Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com>
**Cc:** Michael Smith <MSmith@thefowlerlawfirm.com>; DPR <dpr@reinerslaw.com>; Glenn Bellamy <gbellamy@whe-law.com>; Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>; Jacob Roth (Dhillon Law) <JRoth@dhillonlaw.com>
**Subject:** [EXTERNAL] Re: Activity in Case 1:25-cv-00181-RH-MAF RARE BREED TRIGGERS INC v. BIG DADDY ENTERPRISES INC et al. Notice (Other)

> Caution: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

 Neutral (From: afloyd@floydip.com, External) 

Josiah,

This seems like a waste of resources given the Court should rule any day on the pending motions, some of which will make this an exercise in futility.

I think we should jointly move for an administrative stay pending his ruling.  Thoughts?

Adam

On Tue, Aug 19, 2025 at 12:00 PM Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com> wrote:

> Counsel, Judge Hinkle's July 10 order requires us to hold a Rule 26(f) conference. Please let me know of your availability for a conference call for later this afternoon or tomorrow. Thank you.
>
> **Josiah Contarino**
>
> Dhillon Law Group Inc.
>
> 50 Park Place, Suite 1105
>
> Newark, NJ  07102
>
> 917-423-7221
>
> jcontarino@dhillonlaw.com
>
> www.dhillonlaw.com
>
> *Admitted in New York and New Jersey*



This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.

---

**From:** Josiah Contarino (Dhillon Law)
**Sent:** Monday, August 18, 2025 5:34 PM
**To:** Adam Floyd <AFloyd@floydip.com>; Michael Smith <MSmith@thefowlerlawfirm.com>; DPR <dpr@reinerslaw.com>
**Cc:** Glenn Bellamy <gbellamy@whe-law.com>; Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>; Jacob Roth (Dhillon Law) <JRoth@DHILLONLAW.COM>
**Subject:** RE: Activity in Case 1:25-cv-00181-RH-MAF RARE BREED TRIGGERS INC v. BIG DADDY ENTERPRISES INC et al. Notice (Other)

Counsel – please see the attached.

**Josiah Contarino**

Dhillon Law Group Inc.

50 Park Place, Suite 1105

Newark, NJ  07102

917-423-7221

jcontarino@dhillonlaw.com

www.dhillonlaw.com

*Admitted in New York and New Jersey*

---



This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.

---

**From:** Josiah Contarino (Dhillon Law)
**Sent:** Thursday, August 14, 2025 11:13 PM
**To:** Adam Floyd <AFloyd@floydip.com>; Michael Smith <MSmith@thefowlerlawfirm.com>; DPR <dpr@reinerslaw.com>
**Cc:** Glenn Bellamy <gbellamy@whe-law.com>; Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>; Jacob Roth (Dhillon Law) <JRoth@DHILLONLAW.COM>
**Subject:** RE: Activity in Case 1:25-cv-00181-RH-MAF RARE BREED TRIGGERS INC v. BIG DADDY ENTERPRISES INC et al. Notice (Other)

Counsel -- I've been traveling all day and then at a conference, but I wanted to get you the subpoenaed documents, so please see the attached.

**Josiah Contarino**

Dhillon Law Group Inc.

50 Park Place, Suite 1105

Newark, NJ 07102

917-423-7221

jcontarino@dhillonlaw.com

www.dhillonlaw.com

*Admitted in New York and New Jersey*

---



This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.

---

**From:** Adam Floyd <AFloyd@floydip.com>
**Sent:** Thursday, August 14, 2025 12:38 PM
**To:** Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com>
**Cc:** Michael Smith <MSmith@thefowlerlawfirm.com>; DPR <dpr@reinerslaw.com>; Glenn Bellamy <gbellamy@whe-law.com>; Anthony Fusaro (Dhillon Law) <AFusaro@dhillonlaw.com>; Jacob Roth (Dhillon Law) <JRoth@dhillonlaw.com>
**Subject:** Re: Activity in Case 1:25-cv-00181-RH-MAF RARE BREED TRIGGERS INC v. BIG DADDY ENTERPRISES INC et al. Notice (Other)

**External Email**

Thank you.  Apologies, I didn't realize you had already sent to Mr. Smith.

On Thu, Aug 14, 2025 at 11:35 AM Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com> wrote:

> Adam, this will be the third time we're sending the recording to Michael Smith, but, yes, I attach it to this email.
>
> My standard practice is to forward subpoenaed documents to all counsel of record. No different here. I did not download any of the documents we received until after yesterday's hearing, so once I have them compiled I will create a secure Box folder and invite all counsel of record to it.
>
> **Josiah Contarino**
>
> Dhillon Law Group Inc.
>
> 50 Park Place, Suite 1105

Newark, NJ  07102

917-423-7221

jcontarino@dhillonlaw.com

www.dhillonlaw.com

*Admitted in New York and New Jersey*



This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.

**From:** Adam Floyd <AFloyd@floydip.com>
**Sent:** Thursday, August 14, 2025 11:47 AM
**To:** Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com>
**Cc:** Michael Smith <MSmith@thefowlerlawfirm.com>
**Subject:** Fwd: Activity in Case 1:25-cv-00181-RH-MAF RARE BREED TRIGGERS INC v. BIG DADDY ENTERPRISES INC et al. Notice (Other)

**External Email**

Josiah,

Would please send myself and Michael Smith a copy of the recording as well.

Also, we would like a copy of any documents you receive from your subpoenas.  Let me know if you require a more formal request (i.e., an RFP).

Best,

Adam


---------- Forwarded message ---------
From: <flnd_flncmecf@flnd.uscourts.gov>
Date: Thu, Aug 14, 2025 at 10:13 AM
Subject: Activity in Case 1:25-cv-00181-RH-MAF RARE BREED TRIGGERS INC v. BIG DADDY
ENTERPRISES INC et al. Notice (Other)
To: <flnd_clerk@flnd.uscourts.gov>


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Northern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 8/14/2025 at 10:13 AM CDT and filed on 8/14/2025

| | |
|---|---|
| **Case Name:** | RARE BREED TRIGGERS INC v. BIG DADDY ENTERPRISES INC et al. |
| **Case Number:** | 1:25-cv-00181-RH-MAF |
| **Filer:** | RARE BREED TRIGGERS INC |
| **Document Number:** | 91 |

**Docket Text:**
**NOTICE of Filing Exact Copy of USB Audio Recording Filed at [7] Docket Annotation by RARE BREED TRIGGERS INC. \*\*\*Will place on the Gainesville Clerk's Office shelf.\*\*\*) (kdm)**


**1:25-cv-00181-RH-MAF Notice has been electronically mailed to:**

DAVID PETER REINER, II    dpr@reinerslaw.com, afloyd@floydip.com, eservice@reinerslaw.com

GLENN D BELLAMY    gbellamy@whe-law.com, sbesecker@whe-law.com

ADAM V FLOYD    AFloyd@FloydIP.com

MICHAEL JOSEPH SMITH    msmith@thefowlerlawfirm.com

JACOB WILLIAM ROTH    jroth@dhillonlaw.com

JOSIAH ABRAHM CONTARINO    jcontarino@dhillonlaw.com

ANTHONY JOSEPH FUSARO, JR    afusaro@dhillonlaw.com

**1:25-cv-00181-RH-MAF Notice will be mailed via USPS and will NOT be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047052653 [Date=8/14/2025] [FileNumber=12560618-0] [10954cf8cf26d88040cff09eeb87eda5f0338fbe65e8c4eef0c5e37628eee7fcd1 4b9f2c43dafcbd63b0288923d46a23045c378bab4068cc1be3d62848df3514]]

--

Adam V. Floyd

Floyd IP

512.497.7500

3203 Bluffs Lane

Parker, Texas 75002

*This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.*

--

Adam V. Floyd

Floyd IP

512.497.7500

3203 Bluffs Lane

Parker, Texas 75002

*This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges.  If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.*

--

Adam V. Floyd

Floyd IP

512.497.7500

3203 Bluffs Lane

Parker, Texas 75002

*This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges.  If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.*

--

Adam V. Floyd

Floyd IP

512.497.7500

3203 Bluffs Lane

Parker, Texas 75002

*This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges.  If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.*

--

Adam V. Floyd

Floyd IP

512.497.7500

3203 Bluffs Lane

Parker, Texas 75002

*This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges.  If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.*

--

Adam V. Floyd

Floyd IP

512.497.7500

3203 Bluffs Lane

Parker, Texas 75002

*This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.*

--

Adam V. Floyd

Floyd IP

512.497.7500

3203 Bluffs Lane

Parker, Texas 75002

*This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.*

--
Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

*This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.*