UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>BIG DADDY ENTERPRISES, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00181-RH-MAF<br><br><br><br><br>Judge Robert L. Hinkle<br>Magistrate Judge Martin A. Fitzpatrick |

**PLAINTIFF'S UNOPPOSED EMERGENCY MOTION TO SEAL**

On September 3, 2025, at approximately 11:25 PM EST, Plaintiff Rare Breed Triggers, Inc. ("RBT") filed opposition (ECF No. 103) to Defendants Atrius Development Group Corp. ("Atrius"), Malcolm Brown, and Lea Andreoli's August 27, 2025, motion to dismiss under Rule 12.[1] Exhibit H to RBT's opposition contained an email that was previously filed. *Compare* ECF No. 103-10 (Exhibit H currently sealed by the clerk), *with* ECF No. 3-5 at 15 (earlier redacted filing). In the previous filing a personal identifier in the email was redacted, ECF No. 3-5 at 15, but was mistakenly filed without redaction in last night's opposition, ECF No. 103-10 at 10, 13. Plaintiff's counsel noticed the missing redaction at approximately

---

[1] Although the opposition would normally be due two weeks after the motion to dismiss, RBT filed its opposition on September 3, 2025, to comply with the Court's August 20, 2025, Order. *See* ECF No. 96 at 5, ¶ 3.

12:40 PM EST today, September 4, 2025, and immediately called the clerk's office to have ECF No. 103-10 temporarily sealed pending this motion. By 12:45 PM EST today, ECF No. 103-10 was sealed.

RBT respectfully requests that the Court order that ECF No. 103-10 remain permanently sealed. Pursuant to Local Rule 5.5(E), RBT has filed a redacted copy of the exhibit.[2]

| | |
|---|---|
| Dated: September 4, 2025 | Respectfully submitted,<br><br>**DHILLON LAW GROUP, INC.**<br><br>By: */s/ Josiah Contarino*<br>    Josiah Contarino (Admitted PHV)<br>    Jacob William Roth (Bar No. 1036551)<br>    Anthony J. Fusaro, Jr. (Admitted PHV)<br>    1601 Forum Place, Suite 403<br>    West Palm Beach. FL, 33401<br>    415-433-1700<br>    jcontarino@dhillonlaw.com<br>    jroth@dhillonlaw.com<br>    afusaro@dhillonlaw.com<br><br>**WOOD HERRON & EVANS LLP**<br><br>By: /s/ Glenn D. Bellamy<br>    Glenn D. Bellamy (Admitted PHV)<br>    600 Vine Street, Suite 2800<br>    Cincinnati. Ohio 45202<br>    gbellamy@whe-law.com |

---

[2] Although Local Rule 5.5(E) could reasonably be read as not requiring this motion to seal (and instead the clerk would automatically seal the exhibit upon the filing of the redacted exhibit), RBT files this motion based on RBT's counsel's call with the clerk's office earlier today and in an abundance of caution and good faith.

*Attorneys for Plaintiff*
*Rare Breed Triggers, Inc.*

### Certificate of Conferral

I certify that in emails dated September 4, 2025, I conferred with counsel for Defendants about the requested relief, and counsel advised that Defendants do not oppose the requested relief.

*/s/ Josiah Contarino*
Josiah Contarino

### Certificate of Word Count

Pursuant to Northern District of Florida Rule 7.1(F), I hereby certify that the foregoing Brief, including body, headings, quotations, and footnotes, and excluding those portions exempt by Local Rule 7.1(F), contains 269 words as measured by Microsoft Office for Word.

*/s/ Josiah Contarino*
Josiah Contarino

### Certificate of Service

I HEREBY CERTIFY that on **September 4, 2025**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel

4

or parties who are not authorized to receive electronically Notices of Electronic Filing.

>*/s/ Josiah Contarino*
>Josiah Contarino

4897-6464-4454, v. 1