# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**RARE BREED TRIGGERS, et al.**

**Plaintiffs.**

**-vs-**                                    **CASE NO. 1:25cv181-RH-MAF**

**BIG DADDY ENTERPRISES, et al.**

**Defendants.**

---

## DEFENDANTS' MOTION FOR LEAVE TO FILE CORRECTED RULE 12 MOTION TO DISMISS AND MOTION FOR PROTECTIVE ORDER

---

Defendants Atrius Development Group Corp., Malcolm Brown, and Lea Andreoli (collectively the "Moving Defendants") hereby file this Motion for Leave to File Defendants' Corrected Motion to Dismiss Pursuant to Rule 12 and Motion for Protective Order.

As to the Motion for Leave to File Defendants' Corrected Motion for Protective Order, defendants Big Daddy Enterprises, Inc., ("BDE"), Big Daddy Unlimited, Inc. ("BDU"), BlackStock, Inc., Wide Open Enterprises, LLC, We Got Ammo, Inc. ("WGA"), Performance Triggers, Inc., Sherrie McKnight, Anthony

1

McKnight, Douglas Rios, Christopher Rios, (together with Moving Defendants, "Defendants") also join.  Defendants would show:

- On August 27, 2025, Defendants filed their Motion to Dismiss Pursuant to Rule 12 and Motion for Protective Order (ECF No. 100).

- Due to inadvertence, the version filed was not the final version intended for submission, as it was drafted prior to the Court's order of August 20, 2025 (ECF No. 96) in which the Court asked Atrius to address specific questions.  However, the attached exhibits were correct.

- The version of the brief Plaintiff had intended to file is attached hereto as Exhibit A and entitled Defendants' Corrected Motion to Dismiss Pursuant to Rule 12 and Motion for Protective Order.

- The specific facts leading to the error are set forth in the Adam Floyd's accompanying declaration (Ex. B) which is incorporated herein by reference.

- The error was inadvertent and correcting the filing will not cause delay or prejudice to any party, as the facts contained in the correct version were already set forth in Malcolm Brown's Declaration previously filed.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the Defendants' Corrected Motion to Dismiss Pursuant to Rule 12 and Motion for Protective Order and substitute it for the document currently on file at ECF No. 100.

## CERTIFICATE OF CONFERRAL

I certify that Mr. Floyd conferred with counsel for Plaintiff regarding the relief requested in this Motion via emails dated September 5–6, 2025, on which I was copied, and counsel for Plaintiff advised it would oppose the motion.

## CERTIFICATE OF WORD COUNT

Undersigned counsel for Defendants certifies per L.R.7.1.(F) that this motion and memorandum contains 291 words.

September 6, 2025

Respectfully submitted,

**REINER & REINER, P.A.**
*Counsel for Atrius Development Group Corp.,*
*Malcolm Brown, and Lea Andreoli*
9100 South Dadeland Blvd., Suite 901
Miami, Florida  33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

By: **DAVID P. REINER, II, ESQ.**; FBN 416400

s/ *Michael J. Smith*
Michael J. Smith
Texas Bar No. 24037517
**THE FOWLER LAW FIRM P.C.**
3301 Northland Drive, Suite 101
Austin, Texas 78731
Tel. No.: (512) 441-1411
Email: msmith@thefowlerlawfirm.com

*Attorney for Defendants Big Daddy*
*Enterprises, Inc., Big Daddy Unlimited,*
*Inc., Blackstock, Inc., Wide Open*

3

*Enterprises, LLC, We Got Ammo, Inc.,*
*Performance Triggers Inc., Anthony*
*Mr. McKnight, Sherrie Mr. McKnight,*
*Douglas Rios, and Christopher Rios*

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on **September 6, 2025**, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:_____
**DAVID P. REINER, II**; FBN 416400

4