IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RARE BREED TRIGGERS, INC.,

    Plaintiff,

v.                         CASE NO. 1:25cv181-RH-MAF

BIG DADDY ENTERPRISES, INC. et al.,

    Defendants.

_____/

## ORDER ON THE "MOTION" TO CORRECT A MISSTATEMENT

The defendants have filed a "motion" to correct a misstatement of fact in one of their earlier filings. The filing does not ask for relief from the court and is more appropriately treated as a notice. This order takes no position on what effect, if any, the notice will have in further proceedings.

IT IS ORDERED:

The defendants' motion, ECF No. 109, is treated as a notice. The notice does not ask for relief, and none is granted by this order.

SO ORDERED on September 26, 2025.

                              s/Robert L. Hinkle
                              United States District Judge