## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

RARE BREED TRIGGERS INC

    VS                                          CASE NO.  1:25-cv-00181-RH-MAF

BIG DADDY ENTERPRISES INC, et al

### CLERK'S ENTRY OF DEFAULT

Upon Application of the Plaintiff(s) in the above styled cause and having examined the records and there appearing to be no responsive pleadings filed by the defendant(s), default is hereby entered against ANDREW MYERS on October 3, 2025.

                                                             JESSICA J. LYUBLANOVITS
                                                             CLERK OF COURT

| October 3, 2025 | s/ KELLI MALU |
|---|---|
| DATE | Deputy Clerk: |