**Josiah Contarino (Dhillon Law)**

| | |
|---|---|
| **From:** | Adam Floyd <AFloyd@floydip.com> |
| **Sent:** | Monday, August 18, 2025 11:30 AM |
| **To:** | Josiah Contarino (Dhillon Law) |
| **Cc:** | Glenn Bellamy; DPR@reinerslaw.com; Michael Smith; Anthony Fusaro (Dhillon Law); Jacob Roth (Dhillon Law) |
| **Subject:** | Re: Receipt of highly confidential material |

**External Email**

We've made our objection. You may want to look at state and federal laws re privacy, bank records, etc. You may be subjecting yourself to personal liability if you fail to safeguard our clients' information.

On Mon, Aug 18, 2025 at 9:57 AM Josiah Contarino (Dhillon Law) <JContarino@dhillonlaw.com> wrote:
> Adam, there is no protective order entered in this matter. You therefore have no authority to designate documents attorney's eyes only or otherwise.
>
>
> Josiah Contarino
>
> Dhillon Law Group Inc.
> 50 Park Place, Suite 1105
> Newark, NJ  07102
> 917-423-7221
> jcontarino@dhillonlaw.com
> www.dhillonlaw.com
> *Admitted in New York and New Jersey*
>
>
>
>
> This email may be an attorney client privileged communication. If you received it in error, please destroy it and inform the sender.
>
>
>> On Aug 18, 2025, at 9:57 AM, Adam Floyd <AFloyd@floydip.com> wrote:
>>
>>
>> **External Email**
>>
>> Since you have received highly confidential, outside attorneys' eyes only documents containing one or more of the defendants information, we hereby designate all

1

documents received as outside attorneys' eyes only.  Defendants also object to Mr. Bellamy or his firm having access to any of these documents or information contained therein.

--

Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

*This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges.  If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.*

--

Adam V. Floyd
Floyd IP
512.497.7500
3203 Bluffs Lane
Parker, Texas 75002

*This is a transmission from the law firm of Floyd IP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges.  If you are not the addressee or have received this message in error, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this transmission in error, please destroy it and notify us immediately at 512.497.7500.*