IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RARE BREED TRIGGERS, INC.,

    Plaintiff,

v.                                  CASE NO. 1:25cv181-RH-MAF

BIG DADDY ENTERPRISES, INC. et al.,

    Defendants.

_____/

## ORDER CONFIRMING THE DEADLINE TO RESPOND
## TO THE MOTION TO VACATE THE DEFAULT

The Clerk of Court properly entered defaults against the defendants Andrew Myers and Delta 7 LLC. ECF Nos. 119, 121. They have filed a motion, ECF No. 124, and now an amended motion, ECF No. 127, to vacate the defaults.

IT IS ORDERED:

The initial motion to vacate, ECF No. 124, is denied as moot. The plaintiff's response to the amended motion, ECF No. 127, must be filed by November 12, 2025.

SO ORDERED on October 31, 2025.

                                        s/Robert L. Hinkle
                                        United States District Judge