# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

| | |
|---|---|
| RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>BIG DADDY ENTERPRISES, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00181-RH-MAF<br><br><br><br><br><br>Judge Robert L. Hinkle<br>Magistrate Judge Martin A. Fitzpatrick |

## DECLARATION OF JOSIAH CONTARINO

I, Josiah Contarino, have personal knowledge of the following facts set forth below, and if called as a witness I would testify as follows:

1. I am counsel at Dhillon Law Group Inc. ("DLG"), counsel for Plaintiff in this matter.

2. In early July 2025 DLG engaged Process Service of Gainesville, LLC to effect service of Defendants in this matter. Process Service of Gainesville employee Scott Hart was principally involved.

3. Relevant to the pending motion to set aside filed by Defendants Andrew Myers and Delta 7 LLC, Mr. Hart attempted service on Andrew Myers ("Myers") on July 7, 2025, at 693 SW Hamlet Circle, Lake City, FL 32024:

**RETURN OF NON-SERVICE**

State of Florida      County of      District Court

Case Number: 1:25-cv-00181-RH-MAF

Plaintiff: **Rare Breed Triggers, Inc., a Texas corporation**
vs.
Defendant: **Big Daddy Enterprises, Inc., a Florida corporation, et al.**

For:
Jacob William Roth, Esq.
Dhillon Law Group
1601 Forum Place
Suite 403
West Palm Beach, FL 33401

Received by Scott Hart on the **4th** day of **July, 2025** at **9:44 am** to be served on **Andrew Myers, 693 SW Hamlet Circle, Lake City, FL 32024**.

I, Scott Hart, do hereby affirm that on the **7th day of July, 2025** at **12:08 pm**, I:

**NON-SERVED** the **Complaint, Motion For Temporary Restraining Order, Brief in Support of Temporary Restraining Order, Order Denying Temporary Restraining Order, Notice of Hearing** for the reason that I failed to find **Andrew Myers** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
7/7/2025 12:08 pm Attempted service at 693 SW Hamlet Circle, Lake City, FL 32024. Current resident, Aaron Myers stated that within named no longer resides at requested address and that he did not have knowledge of his current address. Server tried to leave business card with him to facilitate service, but Aaron Myers refused to take it.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served, and have proper authority in the jurisdiction in which the service was made. Under penalties of perjury, i declare that I read the foregoing document and the facts stated in it are true and correct. Notary not required pursuant to Florida Statute 92.525 verification of documents.

*[signature]*
Scott Hart
2021-005

Dhillon Law Group
1601 Forum Place
Suite 403
West Palm Beach, FL 33401
(415) 433-1700

Our Job Serial Number: HTP-2025002197

4. As the Return of Non-Service states, Myers' brother answered the door, said Myers no longer lived there, claimed he did not know of Myers' whereabouts, and refused to take the process server's business card.

5. Mr. Hart attempted service on Delta 7 on July 7, 2025, at 881 SW Brookdale Drive, Lake City, FL 32025, which was listed as Delta 7's registered agent's (Andrew Myers) address (see ECF No. 127-3):

**RETURN OF NON-SERVICE**

| State of Florida | County of | District Court |

Case Number: 1:25-cv-00181-RH-MAF

Plaintiff:
**Rare Breed Triggers, Inc., a Texas corporation**

vs.

Defendant:
**Big Daddy Enterprises, Inc., a Florida corporation, et al.**

For:
Jacob William Roth, Esq.
Dhillon Law Group
1601 Forum Place
Suite 403
West Palm Beach, FL 33401

Received by Scott Hart on the **4th** day of **July, 2025** at **9:43 am** to be served on **Delta 7, LLC c/o Andrew Myers, Registered Agent, 881 SW Brookdale Drive, Lake City, FL 32025**.

I, Scott Hart, do hereby affirm that on the **7th** day of **July, 2025** at **11:53 am**, I:

**NON-SERVED** the **Complaint, Motion For Temporary Restraining Order, Brief in Support of Temporary Restraining Order, Order Denying Temporary Restraining Order, Notice of Hearing** for the reason that I failed to find **Delta 7, LLC c/o Andrew Myers, Registered Agent** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
7/7/2025 11:53 am  Attempted service at 881 SW Brookdale Drive, Lake City, FL 32025. Server spoke with current resident who refused name, but stated that he moved into requested address approximately three months ago and has no knowledge of within named or their current whereabouts.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served, and have proper authority in the jurisdiction in which the service was made. Under penalties of perjury, I declare that I read the foregoing document and the facts stated in it are true and correct. Notary not required pursuant to Florida Statute 92.525 verification of documents.

Scott Hart
2021-005

Dhillon Law Group
1601 Forum Place
Suite 403
West Palm Beach, FL 33401
(415) 433-1700

Our Job Serial Number: HTP-2025002196

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V

6. Delta 7's annual report listed the 881 SW Brookdale Drive address as not only the address for Delta 7's registered agent, but also its CEO Andrew Myers. Yet the resident at that address said he moved in roughly three months earlier and had no knowledge of Myers or his whereabouts.

7. With that service on Myers and Delta 7 at their last known addresses being unsuccessful, Plaintiff hired a private investigator to locate Myers and Delta 7. *See* Affidavit of Frank Curcio, Florida Licensed Private Investigator.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 12, 2025

By: */s/ Josiah Contarino*
Josiah Contarino