# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

| | |
|---|---|
| RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>BIG DADDY ENTERPRISES, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00181-RH-MAF<br><br><br><br>Judge Robert L. Hinkle<br>Magistrate Judge Martin A. Fitzpatrick |

## DECLARATION OF LAWRENCE DEMONICO

I, Lawrence DeMonico, have personal knowledge of the following facts set forth below, and if called as a witness I would testify as follows:

1. I am President of Rare Breed Triggers, Inc.

2. Plaintiff obtained default against Defendants Andrew Myers and Delta 7 LLC on October 3, 2025.

3. On October 13, 2025, I called Myers's father regarding the default. I proposed that Myers consider providing information about his involvement in selling forced reset triggers in exchange for a release from Plaintiff's claims. Myers's father excused himself to speak with Myers about the proposal and then returned to the call advising that no information would be provided.

4. The next day, on October 14, 2025, Defendants' counsel advised that it was now representing Myers and Delta 7 and would be filing a motion to vacate the defaults.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 12, 2025

_____
Lawrence DeMonico