**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**RARE BREED TRIGGERS, et al.**
**Plaintiffs.**

CASE NO. 1:25-CV-00181-RH-MAF

-vs-

**BIG DADDY ENTERPRISES, et al.**
**Defendants.**

---

**DEFENDANTS' PARTIALLY AGREED MOTION TO COMPEL ARBITRATION AND STAY THE CASE PENDING ARBITRATION**

---

Defendants Delta 7 LLC, Andrew Myers, and C&C Holdings Group LLC (together, "Moving Defendants") hereby file this Motion to Compel Arbitration and Stay this Case pending mandatory arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*. and this Court's Order Compelling Arbitration and would show the Court as follows:

The Moving Defendants incorporate the Motions to Compel Arbitration previously filed by Defendants Atrius Development Group Corp., Malcolm Brown and Lea Andreoli ("Atrius Defendants") at ECF #49 and Defendants Defendants Big Daddy Enterprises, Inc., Big Daddy Unlimited, Inc., Blackstock, Inc., Wide Open Enterprises, LLC, We Got Ammo, Inc., Performance Triggers Inc., Anthony

McKnight, Sherrie McKnight, Douglas Rios, and Christopher Rios the "BDU Defendants at ECF #55 as if fully set forth herein.

At the time the Court entered its Order Compelling Arbitration, the Moving Defendants had not yet appeared in this case. Based on the Court's Order, Moving Defendants request they be added to the arbitration now proceeding under JAMS Reference No. 5460002403 and all further actions against Moving Defendants in this Court be stayed pending final resolution of that arbitration.

**Partial Agreement**

Plaintiff's counsel has indicated that Plaintiff is not opposed to the relief requested herein for Delta 7 LLC and Andrew Myers. Plaintiff does oppose the relief requested by C&C Holdings Group, LLC.

**Conclusion**

For the foregoing reasons. Moving Defendants ask this Court to require Plaintiffs to include their claims against Moving Defendants in the pending arbitration and stay any further actions in this Court.

January 8, 2026

Respectfully submitted,

s/ *Michael J. Smith*

Michael J. Smith
Texas Bar No. 24037517
**THE FOWLER LAW FIRM P.C.**
3301 Northland Drive, Suite 101
Austin, Texas 78731
Tel. No.: (512) 441-1411
Email: msmith@thefowlerlawfirm.com

*Attorney for Defendants Big Daddy Enterprises, Inc., Big Daddy Unlimited, Inc., Blackstock, Inc., Wide Open Enterprises, LLC, We Got Ammo, Inc., Performance Triggers Inc., Anthony McKnight, Sherrie McKnight, Douglas Rios, and Christopher Rios, Delta 7 LLC, Andrew Myers and C&C Holdings Group LLC*

## LOCAL RULE 7.1(B) CERTIFICATION

Undersigned counsel certifies that he sent an email to Plaintiffs' counsel on January 8, 2026 to advise of Defendants' intent to file this Motion. Plaintiffs' counsel has agreed to the requested relief for Delta 7 LLC and Andrew Myers but indicated that Plaintiffs opposes the Motion as to C&C Holdings Group LLC.

## LOCAL RULE 7.1(F) CERTIFICATION

Undersigned counsel for Defendants certifies that this Motion and Memorandum in Support contains 250 words, excluding portions exempted by the Rule and complies with Local Rule 7.1(F).

## CERTIFICATE OF SERVICE

I certify that, on January 8, 2026 I electronically filed the foregoing with this Court using the CM/ECF system, which will send notification to counsel for all other parties.

*/s/ Michael J. Smith*
Michael J. Smith